## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Supply Source Enterprises, Inc, *et al.*, [1] | Case No. 24-11054 (BLS) |
| Debtors. | (Jointly Administered) |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## IMPACT PRODUCTS, LLC (CASE NO. 24-11055)

---

[1]    The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: Supply Source Enterprises, Inc. (0842); SSE Intermediate, Inc. (1772); SSE Buyer, Inc. (5901); Impact Products, LLC (7450); and The Safety Zone, LLC (4597). The Debtors' headquarters are located at 385 Long Hill Road, Guilford, Connecticut 06437.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Supply Source Enterprises, Inc.*, et al.*,[1] | Case No. 24- 11054 (BLS) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS
## AND METHODOLOGY REGARDING THE DEBTORS' SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (each, a "<u>Debtor</u>," and collectively, the "<u>Debtors</u>") are filing their respective Schedules of Assets and Liabilities (collectively, the "<u>Schedules</u>") and Statements of Financial Affairs (collectively, the "<u>Statements</u>," and together with the Schedules, the "<u>Schedules and Statements</u>") in the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>").  The Debtors, with the assistance of their professional advisors, prepared the Schedules and Statements in accordance with section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "<u>Bankruptcy Code</u>"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>").

These Global Notes and Statement of Limitations and Methodology Regarding the Debtors' Schedules and Statements (the "<u>Global Notes</u>") comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

The Debtors have used commercially reasonable efforts to ensure the accuracy and completeness of the information and data used in preparing the Schedules and Statements. Inadvertent errors, omissions, or inaccuracies may exist in the Schedules and Statements.  The Debtors and their estates reserve all rights to amend or supplement the Schedules and Statements as may be necessary and appropriate.

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: Supply Source Enterprises, Inc. (0842); SSE Intermediate, Inc. (1772); SSE Buyer, Inc. (5901); Impact Products, LLC (7450); and The Safety Zone, LLC (4597).  The Debtors' headquarters are located at 385 Long Hill Road, Guilford, Connecticut 06437.

[2] These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements.  The fact that the Debtors have prepared a Global Note with respect to any of the individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

## I.    Notes Applicable to all Schedules and Statements

**Note 1: Reporting Date**.  All asset and liability information, except where otherwise noted, is provided as of May 21, 2024 (the "Petition Date").

**Note 2: Currency**.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Note 3: Signatory**.  Thomas Studebaker has signed each set of Schedules and Statements.  Mr. Studebaker serves as Chief Restructuring Officer of the Debtors and is an authorized signatory for each of the Debtors in these chapter 11 cases.  In reviewing and signing the Schedules and Statements, Mr. Studebaker has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their legal and financial advisors.  Mr. Studebaker has not personally verified and could not personally verify the accuracy of each such statement and representation, but believes them to be true, correct, and accurate as of the date he signed the Schedules and Statements.

**Note 4: Basis of Presentation**.  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  These Schedules and Statements were not filed with the United States Securities and Exchange Commission (the "SEC") or any other authority, and neither the SEC nor any state authority has passed upon the accuracy or adequacy of the Schedules and Statements, or upon the merits of the Schedules and Statements.  In 2020, a private equity fund acquired the Debtors and its subsidiaries in a carve-out transaction. In an effort to create one consolidated and fully integrated business, all books and records and record keeping obligations were transferred to Impact Products, LLC in Spring of 2022. As of the Petition Date, the Debtor's books and records are still maintained at Impacts Products, LLC.  The Schedules and Statements are presented on a Debtor by Debtor basis; however, Impact Products, LLC is the only Debtor with activity to report.

**Note 5: Net Book Value**.  In certain instances, current market valuations for individual items of property and other assets are neither maintained by nor readily available to the Debtors.  Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of the Petition Date.

**Note 6: Estimates and Assumptions**.  The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

**Note 7: Totals**.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are undetermined amounts, the actual total may be different from the listed total.

**Note 8: Causes of Action**.  Despite their reasonable efforts to identify all known assets, the

2

Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "<u>Causes of Action</u>") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action, or in any way prejudice or impair the assertion of such claims or Causes of Action.

**<u>Note 9: Claim Designation</u>**.  Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed."  Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate.  Listing a claim does not constitute an admission of liability by the Debtors.

**<u>Note 10: Fiscal Year</u>**.  Each Debtor's fiscal year ends on December 31.

**<u>Note 11: Taxes:</u>** The Debtors file federal tax returns on a consolidated basis through SSE Acquisition Holdings, LLC, a non-Debtor affiliate entity. State and local taxes are filed separately or on a consolidated basis consistent with requirements of each applicable jurisdiction.

**<u>Note 12:  Property and Equipment</u>**.  Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such known leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

**<u>Note 13: Unliquidated Claim Amounts</u>**.  Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

**<u>Note 14: Undetermined Amounts.</u>**  The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

**<u>Note 15: Credits and Adjustments</u>**.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and

11569033v.2

records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Note 16: Insiders**. In circumstances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities that the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities. Persons and entities listed as "insiders" have been included for informational purposes only. The Debtors do not take any position with respect to (a) such person's influence over the control of the Debtors, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual, or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities law, or with respect to any theories of liability or any other purpose. As such, the Debtors reserve all rights to dispute whether someone identified in response to Statement, Question 4 is in fact an "insider" as defined in section 101(31) of the Bankruptcy Code.

**Note 17: Payments**. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their business (the "Cash Management System") (as described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Perform Intercompany Transactions, and (D) Maintain Existing Business Forms; (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests; and (III) Granting Related Relief* [Docket No. 7]) (the "Cash Management Motion"). Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.

**Note 18: Reservation of Rights**. In preparing the Schedules and Statements, the Debtors relied on unaudited financial data derived from their books and records that was available at the time of their preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, inadvertent errors or omissions might exist, and subsequent information or discovery might result in material changes or modification to the Schedules and Statements that require the Debtors to file amended Schedules and Statements. **The Debtors reserve all of their rights under Bankruptcy Rule 1009 to amend or modify any of the Schedules and Statements, including with respect to the treatment, characterization, classification, amount, omission, or inclusion of any claims, assets, liabilities, or executory contracts, and to the extent necessary to advance positions in these chapter 11 cases that might conflict with the Schedules and Statements.**

## II.    Notes to Schedules of Assets and Liabilities

1.    *Schedule A/B – Assets*. All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the Petition Date, unless otherwise noted below.

***Schedule A/B, Part 1 – Cash***.  The cash and cash equivalents listed in the Schedules reflect values as of end of business close on the Petition Date.

***Schedule A/B, Part 2, Question 8 – Prepayments, Including Prepayment on Executory Contracts, Leases, Insurance, Taxes, and Rent.***  The Debtors have made the determination that, as of the Petition Date, there may be up to approximately $2.6 million in value that has been prepaid related to insurance, taxes, rent, inventory, and other items.  The prepaid amounts related to inventory capture amounts required to be paid in advance by certain vendors to release product critical to operations.

***Schedule A/B, Part 3 – Accounts Receivable***.  The receivables listed in the Schedules reflect values as of the Petition Date and include receivables from the Debtors' customers. These amounts are calculated gross of any amounts that, as of the Petition Date, may be owed for customer credits.

***Schedule A/B, Part 5 – Inventory, Excluding Agricultural Assets.***  Balances for finished goods are based on book value calculated as of the Petition Date. The Debtors have classified certain items that are technically work in progress ("WIP") as "finished goods," as such inventory, although still in process to be screened for bespoke customer orders, could be sold as a finished product before screening.  Amounts reported within are gross of any reserves for obsolete inventory.  In-transit inventory category allocation is derived by vendor names. This may result in values reported being spread to more than one category. In-transit inventory values exclude associated landed costs including ocean freight, domestic freight, duty, and tariff costs.  Amounts listed as property purchased within twenty (20) days prior to the Petition Date reflect gross inventory receipts delivered to certain Debtor warehouses.

***Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles***. Dollar amounts are presented net of accumulated depreciation and other adjustments. Unless otherwise indicated, owned property and equipment are listed at net book value.

***Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles***.  Despite exercising their commercially reasonable efforts to identify all known assets, the Debtors may have not listed all of their machinery, equipment, rolling stock, and/or vehicles on Schedule A/B, Part 8.  The Debtors reserve the right to amend and supplement the Schedules if any such additional assets are identified.

***Schedule A/B, Part 10 – Intangibles***.  The value of the Debtors intangible assets is listed on Schedule A/B, Part 10 as undetermined as the Debtors have not conducted a recent valuation of intangible asset value.

***Schedule A/B, Part 11 – All Other Assets***.  The debtors maintain Net Operating Losses ("NOLs") related to prior years performance at SSE Acquisition Holdings, LLC, a non-Debtor affiliate entity. Accordingly, such NOLs are not included herein.  Additionally, despite exercising their commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action, potential causes of action, potential counterclaims, or potential crossclaims against third parties as assets in their Schedules.

5

2.    ***Schedule D – Creditors Who Have Claims Secured by Property***.  Except where otherwise noted, the value of all secured liabilities listed on Schedule D are calculated as of the Petition Date.

Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor.  Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim, subject to the Debtors' rights pursuant to any applicable court order.  By listing an "amount of claim" in Schedule D, the Debtors are not admitting or waiving any rights to assert that all or any portion of such claim is unsecured.  Further, the listing of a claim as secured is not an admission as to the validity of any lien.  Finally, although there are multiple parties that may hold a portion of the debt included in the Debtors' prepetition funded debt, only administrative agents have been listed for purposes of Schedule D.  The amounts reflected outstanding under the Debtors' prepetition loan facilities reflect approximate amounts as of the Petition Date.

The descriptions provided in Schedule D are intended only to be a summary.  In certain instances, a Debtor may be a co-obligor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.  Nothing in Schedule D and/or the Global Notes shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated, real property lessors, equipment lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.  The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights.  The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule D or Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument (including any intercompany agreement) related to a creditor's claim.  Nothing herein shall be construed as an admission by the Debtors of the legal rights of the claimant or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

3.    ***Schedule E/F – Creditors Who Have Unsecured Claims***.  Except where otherwise noted, the value of all unsecured liabilities listed on Schedule E/F are calculated as of the Petition Date.

The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  Some of the scheduled liabilities may be unknown, contingent and/or unliquidated at this time.  In such cases, the amounts may be listed as "Undetermined."

11569033v.2

Accordingly, the Schedules and the Statements may not equal the aggregate value of the Debtors' total liabilities as noted on any previously issued financial statements.

***Paid Claims***.  The Debtors have authority to pay certain outstanding prepetition liabilities pursuant to the Bankruptcy Court's first day orders (collectively, the "First Day Orders").  As such, certain liabilities listed in these Schedules and Statements may have been subsequently reduced or satisfied pursuant to the First Day Orders notwithstanding the fact that the Debtors have listed claims and payables as of the Petition Date in these Schedules and Statements.

***Excluded Liabilities***.  The Debtors have potentially excluded certain categories of liabilities from the Schedules and Statements.  The Debtors have also excluded potential Claims arising on account of the potential rejection of executory contracts and unexpired leases, to the extent such claims exist.  Other immaterial liabilities may also have been excluded.

***Part 1 – Creditors with Priority Unsecured Claims***.  The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.

Pursuant to the *Final Order (I) Authorizing But Not Directing, the Debtors to (A) Pay Prepetition Wages, Compensation, Employee Benefits, and Other Employee Obligations and (B) Continue Certain Employee Benefit Programs in the Ordinary Course; (II) Authorizing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; and (III) Granting Related Relief* [Docket No. 131] (the "Employee Wage Order"), the Debtors received authority to pay certain prepetition obligations, including certain employee wages and other employee benefits in the ordinary course of business.  Additionally, claims against the Debtors on account of wage or wage-related obligations may maintain priority under section 507 of the Bankruptcy Code, but are subject to the priority cap imposed under subsections (a)(4) and (a)(5) of section 507 of the Bankruptcy Code.  The Debtors believe that such claims have been or will be satisfied in the ordinary course during the chapter 11 cases pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court.  Accordingly, such claims have been excluded from Schedule E/F, Part 1.

***Part 2 – Creditors with Nonpriority Unsecured Claims***.  The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made reasonable attempts to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.  The amounts listed on schedule E/F may not reflect any right of setoff or recoupment, and the Debtors reserve any such setoff or recoupment rights.  Additionally, certain creditors may assert materialmans' or other similar liens against the Debtors for amounts listed in Schedule E/F.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred

7

on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if, or when, the Debtors receive such invoices.

4. ***Schedule G – Executory Contracts and Unexpired Leases***. Although the Debtors have made reasonable efforts to attribute an executory contract or unexpired lease to the applicable Debtor counterparty on Schedule G, because the Debtors' books and records and accounting is held at Debtor Impact Products, LLC all executory contracts and unexpired leases have been attributed to Debtor Impact Products, LLC. The Debtors reserve all of their rights with respect to the named parties of any and all executory contracts and unexpired leases, including the right to amend, supplement, or otherwise modify Schedule G.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. These rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, and title agreements. To the extent that such documents constitute executory contracts, the documents may have been omitted.

In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, some of which may be oral. While the Debtors have made every effort to reflect the current agreements, to the extent such contracts or agreements constitute executory contracts, certain of these contracts and agreements may not be listed individually on Schedule G.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any contract, agreement, document or other instrument related to a creditor's claim. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements,

or other agreements made directly or indirectly by any agreements, instruments, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed thereon.

The listing of any contract on Schedule G does not constitute an admission by the Debtors as to the validity of any such contract. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors have exercised reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements. Where guarantees have been identified, they have been included in the relevant Schedules G and H for the affected Debtor.

The Debtors' customer programs are not captured in schedule G and are further explained in the Debtors' *Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Honor Certain Prepetition Obligations to Customers and (B) Otherwise Continue Certain Customer Programs in the Ordinary Course of Business; (II) Authorizing Banks to Honor Payments on Account of Such Certain Prepetition Obligations Related to Customer Programs; and (III) Granting Related Relief* [Docket No. 5]

5. ***Schedule H – Co-Debtors***. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified or such guarantees are discovered to have expired or become unenforceable.

## III.   Notes to Statements of Financial Affairs

1. ***Statements, Part 1, Questions 1 and 2 – Income and Non-business Revenue***. Revenue has been provided from January 1, 2022 through the Petition Date.

2. ***Statements, Part 2, Questions 3 and 4 – Payments to Certain Creditors***. The Debtors operate an integrated system of bank accounts to facilitate the collection and disbursement of funds as part of the Cash Management System. The Debtors' responses to Questions 3 and 4 on each of the Debtors' Statements reflect payments made by the Debtors from bank accounts on behalf of the corresponding debtor, pursuant to the Debtor's Cash Management System described in the Cash Management Motion.

For the purposes of these Statements, the Debtors used the Petition Date as the date of the information for the financial information provided. The Debtors have responded to Question 3 in detailed format by listing daily payments by vendor. The response to Question 3, however, does not include transfers to the Debtors' bankruptcy professionals (which transfers appear in response to Part 6, Question 11).

Certain directors, members, or executive officers of one Debtor may also be directors, members, or executive officers of another Debtor. To the extent payments to such

9

individuals are not listed in the response to Questions 3 and 4 on the Statements for such Debtor entities, they did not receive payment for their services as directors or executive officers of these entities. The amounts listed under Questions 3 and 4 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax or benefits withholdings.

In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to certain individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. As detailed herein, the listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for (1) the purposes of determining (i) control of the Debtors, (ii) the extent to which any individual exercised management responsibilities or functions or corporate decision-making authority over the Debtors, or (iii) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (2) any other purpose.

In February 2024, Ares Commercial Finance LP, the prior lender under the Prepetition ABL Facility, exercised cash dominion and all proceeds from receivables collected into the Debtors' collection accounts were swept to the financier and applied to repay the loan balance. In order to fund operations, the Debtors submitted weekly funding requests to recover a portion of these funds. These daily sweeps are excluded from Question 3.

From the period September 2022 through August 2023, the Debtors retained Riveron RTS, LLC and Riveron Management Services, LLC (collectively, "Riveron") for consulting and interim Chief Financial Officer ("CFO") services. Amounts paid to individuals for these services reflected gross amounts paid to Riveron in the Debtors' books and records and are unable to be split by individual or service performed. As a result, amounts paid for such interim CFO services are excluded from Question 4.

3.    ***Statements, Part 4, Question 9 – Charitable Gifts***. Employees of the Debtors have made de minimis contributions to charities and sought reimbursement consistent with ordinary course practice.

4.    ***Statements, Part 6, Question 11 – Payments Related to Bankruptcy***. Presented herein are payments made to various professional services firms for services rendered within one year immediately preceding the Petition Date. The services rendered pertain to (i) the Debtors' prepetition sale and marketing process, (ii) relief under the Bankruptcy Code, and (iii) preparation of a bankruptcy petition. Amounts listed reflect the total amounts paid to these respective firms, as bifurcating the specific restructuring activities would be administratively burdensome.

10

Information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications and related orders.

5. ***Statements, Part 9, Question 17 –ERISA, 401(k), 403(b), Or Other Pensions or Profit-Sharing Plan.*** Prior to the acquisition of the Debtors by H.I.G. Capital in 2020, the Debtors offered a retirement plan through their parent, Genuine Parts Company (NYSE: GPC), also known as the "GPC Retirement Plan." This plan was not assumed as part of the acquisition and the "SSE Retirement Plan" was created.

6. ***Statements, Part 13, Question 25 – Businesses in which the Debtors Have an Interest***. The Debtors have used their reasonable efforts to identify ownership interests of entities within the six years immediately preceding the Petition Date.

7. ***Statements, Part 13, Question 27 – Inventories***. In October 2023, Ares Commercial Finance LP ("Ares"), the prior lender under the Prepetition ABL Facility, engaged Hilco Valuation Services to conduct an inventory appraisal to determine the Debtors' inventory net orderly liquidation valuation. This appraisal was prepared on behalf of Ares and is included in the response to this question for completeness. The Debtors conduct their own regular inventory counts at specific warehouses through Durkin Group.

8. ***Statements, Part 13, Question 28 – Officers, Directors, Managing Members, Controlling Interest Holders.*** For purposes of the Schedules and Statements, the Debtors define "controlling interest holders" to include entities that directly hold in excess of 20% of the voting interests of the applicable Debtor entity. Entities listed as "controlling interest holders" have been included for informational purposes only. The Debtors do not take any position with respect to such entity's influence over the control of the Debtors or whether such entity could successfully argue that it is not a "controlling interest holders" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

9. ***Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders***. All such known disbursements have been listed in the response to Statements, Part 2, Question 4.

* * * * *

**Fill in this information to identify the case:**

Debtor Name: In re : Impact Products, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-11055 (BLS)

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B* ...................................................................................

| | |
|---|---|
| $ | 183,310.13 |

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B* .................................................................................

| | |
|---|---|
| $ | 94,675,420.97 |

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B* ..................................................................................

| | |
|---|---|
| $ | 94,858,731.10 |

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .....................

| | |
|---|---|
| $ | 159,367,176.48 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...............................

| | |
|---|---|
| $ | 3,261,949.90 |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* .................................

| | |
|---|---|
| + $ | 28,657,878.01 |

4. **Total liabilities**

    Lines 2 + 3a + 3b .................................................................................................

| | |
|---|---|
| $ | 191,287,004.39 |

**Fill in this information to identify the case:**

Debtor Name: In re : Impact Products, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-11055 (BLS)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No. Go to Part 2.
    ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

    2.1  None                                                          $

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | |
|---|---|---|---|---|
| 3.1  Fifth Third Bank | Checking | 3392 | $ | 1,271,777.41 |
| 3.2  JPMorgan Chase Bank | Checking | 3525 | $ | 0.00 |
| 3.3  JPMorgan Chase Bank | Checking | 5570 | $ | 0.00 |

4. **Other cash equivalents** *(Identify all)*

    4.1  None                                                          $

5. **Total of Part 1**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $   1,271,777.41

Debtor: Impact Products, LLC
Name

Case number *(if known)*: 24-11055

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1  See Schedule A/B 7 Attachment | $ 574,358.75 |
| 8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| Description, including name of holder of prepayment | |
| 8.1  See Schedule A/B 8 Attachment | $ 1,674,877.80 |
| 9. **Total of Part 2.** | |
| Add lines 7 through 8. Copy the total to line 81. | $ 2,249,236.55 |

Debtor:  Impact Products, LLC
_____
        Name

Case number *(if known)*:  24-11055
_____

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | Customer account receivables | $ 23,695,954.77 | - $ | | =..... ➜ | $ 23,695,954.77 |
| 11b. | Over 90 days old: | Customer account receivables | $ 10,066,655.33 | - $ | 9,048,680.12 | =..... ➜ | $ 1,017,975.21 |

**12. Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 24,713,929.98

Debtor: Impact Products, LLC
_____
Name

Case number *(if known)*: 24-11055
_____

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

_____  _____  $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: _____  % of ownership: _____  $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

_____  _____  $ _____

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

**Schedule A/B: Assets - Real and Personal Property**

Debtor:  Impact Products, LLC
        Name

Case number *(if known)*:  24-11055

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**
- ☐ No. Go to Part 6.
- ☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 None | | $ | | $ |
| **20. Work in progress** | | | | |
| 20.1 None | | $ | | $ |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 See Schedule A/B 21 Attachment | | $ 62,056,570.58 | | $ 62,056,570.58 |
| **22. Other inventory or supplies** | | | | |
| 22.1 Consumables on Hand (Pallets, shrink wrap, etc.) | | $ 389,982.60 | Net Book Value | $ 389,982.60 |

23. **Total of Part 5.**
    Add lines 19 through 22. Copy the total to line 84.

$       62,446,553.18

24. **Is any of the property listed in Part 5 perishable?**
- ☒ No
- ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☒ Yes.  Description Inventory Received  Book value $ 3,282,817.51  Valuation method Net Book Value  Current value $ 3,282,817.51

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☐ No
- ☒ Yes

| Debtor: | Impact Products, LLC | Case number *(if known):* | 24-11055 |
| | Name | | |

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |
| **33. Total of Part 6.** Add lines 28 through 32. Copy the total to line 85. | | | $ 0.00 |

34. **Is the debtor a member of an agricultural cooperative?**
    - ☐ No
    - ☐ Yes. Is any of the debtor's property stored at the cooperative?
        - ☐ No
        - ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    - ☐ No
    - ☐ Yes. Description_____ Book value $ _____ Valuation method _____ Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    - ☐ No
    - ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    - ☐ No
    - ☐ Yes

Debtor: Impact Products, LLC

_____
Name

Case number *(if known)*: 24-11055

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1  Furniture And Fixtures | $                   239,273.18 | Net Book Value | $                   239,273.18 |
| 40. **Office fixtures** | | | |
| 40.1  None | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1  Computer Equipment | $                   106,513.04 | Net Book Value | $                   106,513.04 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1  None | $ | | $ |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$                   345,786.22

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Impact Products, LLC
_____
Name

Case number *(if known)*: 24-11055
_____

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
   - ☐ No. Go to Part 9.
   - ☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 See Schedule A/B 47 Attachment | $ 88,706.47 | Net Book Value | $ 88,706.47 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 Other Equipment and Machinery | $ 1,972,539.93 | Net Book Value | $ 1,972,539.93 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $ 2,061,246.40

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ☐ No
    - ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ☒ No
    - ☐ Yes

Debtor: Impact Products, LLC

Case number *(if known):* 24-11055

Name

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |
| 55.1  See Schedule A/B 55 Attachment | | $        183,310.13 | | $        183,310.13 |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$        183,310.13

57. **Is a depreciation schedule available for any of the property listed in Part 9?`**

☐ No

☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Impact Products, LLC
_____
Name

Case number *(if known)*: 24-11055

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
    - ☐ No. Go to Part 11.
    - ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 See Schedule A/B 60 Attachment | $ Undetermined | | $ Undetermined |
| 61. **Internet domain names and websites** | | | |
| 61.1 See Schedule A/B 61 Attachment | $ Undetermined | | $ Undetermined |
| 62. **Licenses, franchises, and royalties** | | | |
| 62.1 None | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 None | $ | | $ |
| 64. **Other intangibles, or intellectual property** | | | |
| 64.1 None | $ | | $ |
| 65. **Goodwill** | | | |
| 65.1 None | $ | | $ |

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.      $ _____ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
    - ☑ No
    - ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    - ☑ No
    - ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

---

Debtor: Impact Products, LLC

Name

Case number *(if known):* 24-11055

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)          Total face amount          doubtful or uncollectible accounts

71.1  None                $ _____ - $ _____ =..... ➔ $ _____

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

72.1  2021 Tax Provision          Tax year  2021          $          748,536.00

Description (for example, federal, state, local)

72.2  2022 Tax Provision          Tax year  2022          $          201,888.00

Description (for example, federal, state, local)

72.3  Federal Tax Refund          Tax year  2020          $          598,184.14

Description (for example, federal, state, local)

72.4  State Tax Refund          Tax year  2020          $          38,283.09

73. **Interests in insurance policies or annuities**

73.1  See Schedule A/B 73 Attachment          $          Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1  None          $ _____

Nature of claim          _____

Amount requested          $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1  None          $ _____

Nature of claim          _____

Amount requested          $ _____

76. **Trusts, equitable or future interests in property**

76.1  None          $ _____

77. **Other property of any kind not already listed**  *Examples*: Season tickets, country club membership

77.1  None          $ _____

Debtor:  Impact Products, LLC
_____
          Name

Case number *(if known)*  24-11055
_____

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$ _____ 1,586,891.23

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Debtor: | Impact Products, LLC | | Case number *(if known)*: | 24-11055 |
|---|---|---|---|---|
| | Name | | | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,271,777.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 2,249,236.55 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 24,713,929.98 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 62,446,553.18 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 345,786.22 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 2,061,246.40 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................➔ | | $ 183,310.13 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 1,586,891.23 | |
| 91. **Total.** Add lines 80 through 90 for each column..............................91a. | $ 94,675,420.97 | + 91b. $ 183,310.13 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................................................... | | $ 94,858,731.10 |

**Fill in this information to identify the case:**

Debtor Name: In re : Impact Products, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-11055 (BLS)

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A**
Amount of claim
Do not deduct the
value of collateral.

**Column B**
Value of collateral that
supports this claim

**2.1 Creditor's name**

LAUFER GROUP INTERNATIONAL, LT

*Creditor's Name*

**Creditor's mailing address**

_____

*Notice Name*

PO BOX 780977

*Street*

_____

PHILADELPHIA    PA        19178-0977

*City          State        ZIP Code*

_____

*Country*

**Creditor's email address, if known**

_____

**Date debt was incurred**   See Note

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

*Note: N/A - International Freight Carrier*

**Describe debtor's property that is subject to a lien**

Inventory (Finished Goods)          $    1,280,047.64   $    Undetermined

**Describe the lien**

General lien and right to sell Debtors property;
Currently in possession of Debtor's property via
international freight

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Debtor: Impact Products, LLC

Name

Case number *(if known)*: 24-11055

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

2.2 **Creditor's name**

TZ SSE Buyer LLC

Creditor's Name

**Describe debtor's property that is subject to a lien**

First Priority Lien on substantially all of the Debtors' assets

$ 57,142,857.14     $ Undetermined

**Creditor's mailing address**

Tranzonic Companies

Notice Name

26301 Curtiss Wright Parkway

Street

**Describe the lien**

ABL Credit Agreement

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Cleveland     OH     44143

City     State     ZIP Code

Country

**Creditor's email address, if known**

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**Date debt was incurred**     See Note

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

*Note: 5/21/2024 - Assignment and assumption of June 30, 2020 ABL and Term Loan*

| Debtor: | Impact Products, LLC | Case number *(if known)*: | 24-11055 |
| | Name | | |

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

---

2.3 **Creditor's name**

TZ SSE Buyer LLC
Creditor's Name

**Creditor's mailing address**

Tranzonic Companies
Notice Name

26301 Curtiss Wright Parkway
Street

| Cleveland | OH | 44143 |
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**      See Note

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

*Note: 5/21/2024 - Assignment and assumption of June 30, 2020 ABL and Term Loan*

**Describe debtor's property that is subject to a lien**

Second Priority Lien on substantially all of the Debtors' assets

$ 100,944,271.70     $     Undetermined

**Describe the lien**

Term Loan Facility

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (*Official Form 206H*).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 159,367,176.48

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|----------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | | | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|---|---|
| PWC | | | Line 2.3 | |
| Name | | | | |
| | | | | |
| Notice Name | | | | |
| 300 Madison Avenue | | | | |
| Street | | | | |
| | | | | |
| New York | NY | 10017 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |
| PWC | | | Line 2.2 | |
| Name | | | | |
| | | | | |
| Notice Name | | | | |
| 300 Madison Avenue | | | | |
| Street | | | | |
| | | | | |
| New York | NY | 10017 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |
| Weil, Gotshal & Manges LLP | | | Line 2.3 | |
| Name | | | | |
| | | | | |
| Notice Name | | | | |
| 767 Fifth Avenue | | | | |
| Street | | | | |
| | | | | |
| New York | NY | 10153 | | |
| City | State | ZIP Code | | |
| | | | | |
| Country | | | | |

Debtor: Impact Products, LLC
Name

Case number *(if known)*: 24-11055

Weil, Gotshal & Manges LLP                                   Line 2.2
Name

Notice Name

767 Fifth Avenue
Street


New York                          NY                10153
City                              State              ZIP Code


Country

**Fill in this information to identify the case:**

Debtor Name: In re : Impact Products, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-11055 (BLS)

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | | Priority amount |
|---|---|---|---|---|
| 2.1 **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ | 50,448.70 | $ | Undetermined |

**As of the petition filing date, the claim is:** $  50,448.70    $  Undetermined

20/20 CUSTOM MOLDED
Creditor Name

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

Creditor's Notice name

PLASTICS LTD
Address

14620 SELWYN DRIVE
Address

**Basis for the claim:**

503(b)(9)

| HOLIDAY CITY | OH | 43543 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/6/2024

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

Debtor: Impact Products, LLC

Case number *(if known)*  24-11055

Name

**2.2 Priority creditor's name and mailing address**

ACME UNITED CORPORATION

Creditor Name

Creditor's Notice name

1 WATERVIEW DRIVE SUITE 200

Address

| SHELTON | CT | 6484 |
|---------|-----|------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/2/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $            9,162.48   $            Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.3 Priority creditor's name and mailing address**

ALWIN MANUFACTURING CO INC

Creditor Name

Creditor's Notice name

3061 S RIDGE RD SUITE 101

Address

| GREEN BAY | WI | 54304 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/17/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $            3,697.50   $            Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*   24-11055

| | |
|---|---|
| **2.4 Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 113,410.00  $ Undetermined |

ANHUI BYTECH MEDICAL SUPPLIES

Creditor Name

*Check all that apply.*

☐ Contingent

☑ Unliquidated

Creditor's Notice name

☐ Disputed

THE NORTH NEW ECONOMIC

Address

**Basis for the claim:**

DEVELOPMENT AREA

503(b)(9)

| | | |
|---|---|---|
| SUZHOU | | 234200 |
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

5/3/2024

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured**

☐ Yes

**claim:** 11 U.S.C. § 507(a) (2)

| | |
|---|---|
| **2.5 Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 18,934.00  $ Undetermined |

ANHUI GARMENTS IMP. AND EXP, C

Creditor Name

*Check all that apply.*

☐ Contingent

☑ Unliquidated

Creditor's Notice name

☐ Disputed

436 CHANGJIANG ROAD

Address

**Basis for the claim:**

503(b)(9)

| | | |
|---|---|---|
| HEFEI | | |
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

5/9/2024

**Last 4 digits of account number**

**Is the claim subject to offset?**

☑ No

**Specify Code subsection of PRIORITY unsecured**

☐ Yes

**claim:** 11 U.S.C. § 507(a) (2)

Debtor: Impact Products, LLC

_____
Name

Case number *(if known)*    24-11055
_____

**2.6  Priority creditor's name and mailing address**

ANHUI HONGYUAN SAFETY PRODUCTS
_____
Creditor Name

_____
Creditor's Notice name

NO. 8 FENGHUA ROAD, INDUSTRY
_____
Address

AREA, ANFENG TOWN, SHOUXIAN
_____

COUNTRY
_____

HUAINAN                          232251
_____
City              State          ZIP Code

China
_____
Country

**Date or dates debt was incurred**

5/7/2024
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $                7,904.00   $            Undetermined
*Check all that apply.*

☐  Contingent

☑  Unliquidated

☐  Disputed

**Basis for the claim:**

503(b)(9)
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

**2.7  Priority creditor's name and mailing address**

ANN HARRIS BENNETT
_____
Creditor Name

_____
Creditor's Notice name

PO BOX 4622
_____
Address

_____

HOUSTON          TX            77210-4622
_____
City              State          ZIP Code

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $            Undetermined   $            Undetermined
*Check all that apply.*

☐  Contingent

☑  Unliquidated

☐  Disputed

**Basis for the claim:**

Tax Claim
_____

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor:  Impact Products, LLC
Name

Case number *(if known)*   24-11055

**2.8 Priority creditor's name and mailing address**
A-PAC
Creditor Name

Creditor's Notice name

2719 COURIER NW
Address

| GRAND RAPIDS | MI | 49534 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/7/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 4,218.78   $ Undetermined
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.9 Priority creditor's name and mailing address**
ARIZONA DEPT. OF Revenue
Creditor Name

Creditor's Notice name

PO BOX 29086
Address

| PHOENIX | AZ | 85038-9086 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ Undetermined   $ Undetermined
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Impact Products, LLC

_____ Name

Case number *(if known)*    24-11055

**2.10** **Priority creditor's name and mailing address**

ASSOCIATED PLASTICS CORP

_____ Creditor Name

_____ Creditor's Notice name

502 ERIC WOLBER AVE

_____ Address

| ADA | OH | 45810 |
|---|---|---|
| City | State | ZIP Code |

_____ Country

**Date or dates debt was incurred**

5/3/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 12,065.60    $    Undetermined

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☒ No

☐ Yes

**2.11** **Priority creditor's name and mailing address**

B&B MOLDED PRODUCTS INC

_____ Creditor Name

_____ Creditor's Notice name

1250 OTTAWA AVE

_____ Address

| DEFIANCE | OH | 43512 |
|---|---|---|
| City | State | ZIP Code |

_____ Country

**Date or dates debt was incurred**

5/3/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 386,411.30    $    Undetermined

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

Name

**2.12 Priority creditor's name and mailing address**

BAY CORRUGATED CONTAINER INC

Creditor Name

Creditor's Notice name

1655 WEST SEVENTH ST

Address

| MONROE | MI | 48161 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/6/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 1,877.14    $ Undetermined
*Check all that apply.*

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**2.13 Priority creditor's name and mailing address**

BUCKEYE BUSINESS PRODUCTS INC

Creditor Name

Creditor's Notice name

3830 KELLEY AVE

Address

| CLEVELAND | OH | 44114 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/3/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 16,626.80    $ Undetermined
*Check all that apply.*

- ☐ Contingent
- ☒ Unliquidated
- ☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*  24-11055

Name

**2.14 Priority creditor's name and mailing address**

CALIFORNIA Franchise Tax Board

Creditor Name

Creditor's Notice name

FRANCHISE TAX BOARD

Address

PO BOX 942857

| SACRAMENTO | CA | 94257-0531 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507 (a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined _____ $ _____ Undetermined _____

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.15 Priority creditor's name and mailing address**

CHANGCHUN HONGLI PAPER CO LTD

Creditor Name

Creditor's Notice name

RM 535

Address

NANHU XIANGSHUIWAN #23

NO. 33 JIANPING STREET

| CHANGCHUN | | 130000 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

5/20/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507 (a) (2)

**As of the petition filing date, the claim is:** $ _____ 48,111.20 _____ $ _____ Undetermined _____

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

Name

**2.16 Priority creditor's name and mailing address**

CHIFENG HUAWEI MEDICAL SCIENCE

Creditor Name

Creditor's Notice name

NO. 2-4, SECOND-STAGE STANDARD

Address

SONGSHAN(ANQING) INUSTRIAL PAR

CHIFENG

City    State    ZIP Code

China

Country

**Date or dates debt was incurred**

5/7/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 77,952.00    $    Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☒ No

☐ Yes

**2.17 Priority creditor's name and mailing address**

CITY OF BUENA PARK

Creditor Name

Creditor's Notice name

POLICE ALARM PERMIT

Address

FINANACE DEPT

BUENA PARK    CA    90622

City    State    ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ Undetermined    $    Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*   24-11055

**2.18 Priority creditor's name and mailing address**

CITY OF NEW LONDON - Taxes

Creditor Name

Creditor's Notice name

P O BOX 1305

Address

| NEW LONDON | CT | 06320-1305 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined _____ $ _____ Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.19 Priority creditor's name and mailing address**

CORTINA TOOL & MOLDING

Creditor Name

Creditor's Notice name

COMPANY INC

Address

10706 W GRAND AVE

| FRANKLIN PARK | IL | 60131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/7/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ _____ 3,239.40 _____ $ _____ Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*    24-11055

Name

**2.20 Priority creditor's name and mailing address**

COUNTY OF ORANGE

Creditor Name

Creditor's Notice name

1241 EAST DYER RD STE 120

Address

| SANTA ANA | CA | 92705-5611 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $    Undetermined    $    Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.21 Priority creditor's name and mailing address**

CT CORPORATION System

Creditor Name

Creditor's Notice name

P O BOX 4349

Address

| CAROL STREAM | IL | 60197-4349 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $    Undetermined    $    Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

Name

**2.22 Priority creditor's name and mailing address**

CUTTING EDGE CONVERTED

Creditor Name

Creditor's Notice name

PRODUCTS

Address

330 RYDER RD

| TOLEDO | OH | 43607 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/20/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $    4,275.00    $    Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.23 Priority creditor's name and mailing address**

DELAWARE SECRETARY OF STATE

Creditor Name

Creditor's Notice name

VENDOR  51-6000279

Address

| | | |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $    Undetermined    $    Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Impact Products, LLC
Name

Case number *(if known)*    24-11055

**2.24 Priority creditor's name and mailing address**

DIPPED PRODUCTS LIMITED
Creditor Name

Creditor's Notice name

400 DEAN ROAD
Address

COLOMBO
City                    State            ZIP Code

Sri Lanka
Country

**Date or dates debt was incurred**

5/10/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $    208,206.52    $    Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**
☒ No

☐ Yes

**2.25 Priority creditor's name and mailing address**

ESSEX TAX COLLECTOR
Creditor Name

Creditor's Notice name

29 WEST AVE
Address

ESSEX            CT            6426
City                    State            ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $    Undetermined    $    Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**
☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*    24-11055

**2.26 Priority creditor's name and mailing address**

FENGCHENG ZHONGHE PAPER PROD
Creditor Name

Creditor's Notice name

NO. 109-1 XIJIANTING STREET
Address

| FENGCHENG | | 118100 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

5/2/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 97,996.40  $ Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☒ No

☐ Yes

**2.27 Priority creditor's name and mailing address**

FLEX-PAC INC
Creditor Name

Creditor's Notice name

6075 LAKESIDE BLVD
Address

| INDIANAPOLIS | IN | 46278 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/9/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 954.14  $ Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*  24-11055

**2.28 Priority creditor's name and mailing address**

FLORIDA DEPT OF REVENUE

Creditor Name

Creditor's Notice name

ATTN LINNETTE BOOR TAX AUDITOR

Address

180 INTERSTATE NORTH PKWY

SUITE 450

ATLANTA   GA   30339

City   State   ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined _____ $ _____ Undetermined

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

**2.29 Priority creditor's name and mailing address**

FOOD AND DRUG ADMINISTRATION

Creditor Name

Creditor's Notice name

PO BOX 978108

Address

ST LOUIS   MO   63197-9000

City   State   ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined _____ $ _____ Undetermined

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Impact Products, LLC

Case number (if known):  24-11055

**2.30 Priority creditor's name and mailing address**

FUJIAN CASHION GARMENT CO., LT

Creditor Name

Creditor's Notice name

T 06,25 / F., BLOCK A, WORLDWI

Address

NO. 158 WUSI ROAD

FUZHOU

City          State          ZIP Code

China

Country

**Date or dates debt was incurred**

5/14/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $          133,083.00    $          Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.31 Priority creditor's name and mailing address**

FUJIAN TIME AND TIANHE

Creditor Name

Creditor's Notice name

INDUSTRIAL CO  LTD

Address

HONGGONGSHAN DEVELOPMENT ZONE

HONGLAI TOWN

NANAN,FIJIAN                       362331

City          State          ZIP Code

China

Country

**Date or dates debt was incurred**

5/9/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $          33,051.20    $          Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*    24-11055

**2.32 Priority creditor's name and mailing address**

FUJIAN WILTON INDUSTRIES CO LT

Creditor Name

Creditor's Notice name

ROOM 707 SHENFA BUILDING

Address

NO 132 SHUNGUANG RD

AOFENG STREET, TAIJIANG DIST.

FUZHOU                              350000

City          State          ZIP Code

China

Country

**Date or dates debt was incurred**

5/7/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $          41,342.50      $          Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.33 Priority creditor's name and mailing address**

GEORGIA Department of Revenue

Creditor Name

Creditor's Notice name

GEORGIA DEPARTMENT OF REVENUE

Address

PROCESSING CENTER

PO BOX 740239

ATLANTA          GA          30374-0239

City          State          ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $          Undetermined      $          Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 17 of 199

Debtor: Impact Products, LLC
_____
Name

Case number (if known)   24-11055
_____

**2.34 Priority creditor's name and mailing address**

GREENCHEM INTERNATIONAL INC
_____
Creditor Name

_____
Creditor's Notice name

21032 BLOSSOM WAY
_____
Address

_____

| DIAMOND BAR | CA | 91765 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

5/9/2024
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $                612.00   $              Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.35 Priority creditor's name and mailing address**

GUILFORD - TAX Collector
_____
Creditor Name

_____
Creditor's Notice name

165 CAPITOL AVE, ROOM 266
_____
Address

_____

| HARTFORD | CT | 06106-1620 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $           Undetermined   $              Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

Name

**2.36** **Priority creditor's name and mailing address**

H.D. HUDSON MANUFACTURING CO

Creditor Name

Creditor's Notice name

LOCKBOX

Address

PO BOX 858255

MINNEAPOLIS     MN          55485-8255

City          State       ZIP Code

Country

**Date or dates debt was incurred**

5/7/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $              9,446.10    $         Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.37** **Priority creditor's name and mailing address**

H.O.T. GRAPHIC SERVICES INC

Creditor Name

Creditor's Notice name

2595 TRACY CT

Address

NORTHWOOD     OH          43619

City          State       ZIP Code

Country

**Date or dates debt was incurred**

5/9/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $               530.00    $         Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

---

**2.38 Priority creditor's name and mailing address**

HEBEI ASTRO MEDICAL SUPPLY CO

Creditor Name

Creditor's Notice name

JINZHOU ECONOMIC DEVELOPMENT

Address

HEBEI PROVINCE, CHINA

| JINZHOU | | 52260 |
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

5/2/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 8,593.00    $ Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**2.39 Priority creditor's name and mailing address**

HENG YUAN PLASTIC PRODUCTS LTD

Creditor Name

Creditor's Notice name

3224 GUODAO

Address

MAAN TOWN HUICHENG DISTRICT

| HUIZHOU | | 516001 |
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

5/2/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 49,976.70    $ Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor:   Impact Products, LLC

Case number *(if known)*   24-11055

**2.40 Priority creditor's name and mailing address**

HONEYWELL SAFETY PRODUCTS USA,
Creditor Name

Creditor's Notice name

PO BOX 418430
Address

| BOSTON | MA | 02241-8430 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/3/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 16,935.90   $    Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.41 Priority creditor's name and mailing address**

HUBEI QIFU PROTECTIVE PRODUCTS
Creditor Name

Creditor's Notice name

ZHIBUWAN VILLAGE, PENGCHANG AV
Address

XIANTAO CITY

| XIANTAO | | 433000 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

5/7/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 34,020.10   $    Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*  24-11055

---

**2.42 Priority creditor's name and mailing address**

HUBEI YONGDUO PROTECTIVE PRODU

Creditor Name

Creditor's Notice name

NO 18 TIANXIAN AVE

Address

TIANMEN INDUSTRY PARK

| TIANMEN | | 431700 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ _____ Undetermined  $ _____ Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**2.43 Priority creditor's name and mailing address**

HYDE TOOLS

Creditor Name

Creditor's Notice name

54 EASTFORD RD

Address

| SOUTHBRIDGE | MA | 01550-1875 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/2/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ _____ 4,200.00  $ _____ Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Impact Products, LLC
Name

Case number *(if known)*    24-11055

**2.44 Priority creditor's name and mailing address**

HYDRO SYSTEMS COMPANY
Creditor Name

Creditor's Notice name

3798 ROUND BOTTOM RD
Address

| CINCINNATI | OH | 45244-2498 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/17/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507 (a) (2)

**As of the petition filing date, the claim is:** $ 1,405.80   $ Undetermined
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.45 Priority creditor's name and mailing address**

INDIANA SECRETARY of State
Creditor Name

Creditor's Notice name

Address

| | IN | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ Undetermined   $ Undetermined
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*   24-11055

**2.46 Priority creditor's name and mailing address**

INNOVATIVE INTEGRATED SOLUTION

Creditor Name

Creditor's Notice name

PO BOX 88

Address

1100 MILITARY RD

| KENMORE | NY | 14217 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/7/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $        112,383.60   $        Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.47 Priority creditor's name and mailing address**

JAY COUNTY TREASURER

Creditor Name

Creditor's Notice name

120 N COURT ST

Address

| PORTLAND | IN | 47371 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $        Undetermined   $        Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*   24-11055

**2.48 Priority creditor's name and mailing address**

JIANGSU BYTECH

Creditor Name

Creditor's Notice name

XIN YUAN INDUSTRIAL CLUSTERS

Address

DONG TAI CITY, YANCHEN CITY

YANCHENG

City                State          ZIP Code

China

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ ___ Undetermined   $ ___ Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.49 Priority creditor's name and mailing address**

JIANGSU BYTECH MEDICAL SUPPLIE

Creditor Name

Creditor's Notice name

MEDICAL SUPPLIES CO., LTD.

Address

NO. 88 JUNSHI ROAD,PETROLEUM

EQUIPMENT INDUSTRIAL PARK

YANCHENG                    224700

City                State          ZIP Code

China

Country

**Date or dates debt was incurred**

5/7/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ ___ 180,018.50   $ ___ Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*    24-11055

---

**2.50  Priority creditor's name and mailing address**

JIANYI ENTERPRISES
Creditor Name

Creditor's Notice name

UNIT B/C, 19F, DEJI MANSION
Address

188 CHANGJIANG RD

| NANJING | | 210018 |
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

5/13/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507 (a) (2)

**As of the petition filing date, the claim is:** $            10,152.00    $            Undetermined
*Check all that apply.*

☐  Contingent

☑  Unliquidated

☐  Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑  No

☐  Yes

---

**2.51  Priority creditor's name and mailing address**

JIANYI ENTERPRISES (ENSHI)
Creditor Name

Creditor's Notice name

PPE. LTD
Address

CHANGLIANG TOWN,

JIANSHI COUNTY

| ENSHI | | 445300 |
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

5/13/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $            24,191.40    $            Undetermined
*Check all that apply.*

☐  Contingent

☑  Unliquidated

☐  Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑  No

☐  Yes

---

Debtor:  Impact Products, LLC

_____
Name

Case number *(if known)*   24-11055
_____

**2.52  Priority creditor's name and mailing address**

JIAXING ALL-LINK HOUSEWARE
_____
Creditor Name

_____
Creditor's Notice name

Products Co., Ltd.Rm 301,BLD A
_____
Address

Xiuzhou Chamber of Commerce
_____

269 xinping road,xincheng STR
_____

JIAXING                    314031
_____
City          State        ZIP Code

China
_____
Country

**Date or dates debt was incurred**

5/3/2024
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**  $              105.00  $          Undetermined
*Check all that apply.*

☐  Contingent

☒  Unliquidated

☐  Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☒  No

☐  Yes

**2.53  Priority creditor's name and mailing address**

KAUFMAN CONTAINER COMPANY
_____
Creditor Name

_____
Creditor's Notice name

1000 KEYSTONE PARKWAY SUITE100
_____
Address

P O BOX 35902
_____

CLEVELAND     OH         44135
_____
City          State        ZIP Code

_____
Country

**Date or dates debt was incurred**

5/15/2024
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:**  $            5,023.50  $          Undetermined
*Check all that apply.*

☐  Contingent

☒  Unliquidated

☐  Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:   Impact Products, LLC
Name

Case number *(if known)*   24-11055

**2.54 Priority creditor's name and mailing address**

KENSINGTON MEDICAL
Creditor Name

Creditor's Notice name

HOLDINGS LLC
Address

1300 E UPAS AVE

| MCALLEN | TX | 78501 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/8/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $                10,547.95    $            Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.55 Priority creditor's name and mailing address**

KENTUCKY Department of Revenue
Creditor Name

Creditor's Notice name

501 HIGH STREET
Address

| FRANKFORT | KY | 40601 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $           Undetermined    $            Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*   24-11055

**2.56  Priority creditor's name and mailing address**

KINGWAY ELECTRONICS USA LLC

Creditor Name

Creditor's Notice name

17415 NORTHWOOD AVE

Address

SUITE 102

| LAKEWOOD | OH | 44107 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/15/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $                    450.00   $            Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.57  Priority creditor's name and mailing address**

LUCKY BOARD DEVELOPMENT LTD.

Creditor Name

Creditor's Notice name

120 CHI PEI RD PANCHIAO

Address

| TAIPEI | | 220 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

5/14/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $                 8,160.00   $            Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC
Name

Case number *(if known)*   24-11055

**2.58** **Priority creditor's name and mailing address**

MALISH CORP
Creditor Name

Creditor's Notice name

7333 CORPORATE BOULEVARD
Address

| MENTOR | OH | 44060 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/2/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 3,969.60   $   Undetermined
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.59** **Priority creditor's name and mailing address**

MALT PROPERTIES LLC
Creditor Name

Creditor's Notice name

P.O. Box 287
Address

| Purvis | MS | 39475 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ Undetermined   $   Undetermined
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor:    Impact Products, LLC

Name

Case number *(if known)*    24-11055

**2.60 Priority creditor's name and mailing address**

MASSACHUSETTS

Creditor Name

Creditor's Notice name

DEPARTMENT OF REVENUE

Address

PO BOX 7062

BOSTON | MA | 2204

City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined   $ _____ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.61 Priority creditor's name and mailing address**

MISSISSIPPI Department

Creditor Name

Creditor's Notice name

OF REVENUE

Address

City | State | ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined   $ _____ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Impact Products, LLC
Name

Case number *(if known)*    24-11055

**2.62 Priority creditor's name and mailing address**

MONAHAN PARTNERS
Creditor Name

Creditor's Notice name

200 N OAK STREET
Address

| ARCOLA | IL | 61910 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/9/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $          9,950.14   $          Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.63 Priority creditor's name and mailing address**

NEW YORK STATE
Creditor Name

Creditor's Notice name

DEPT OF TAXATION AND FINANCE
Address

|  | NY |  |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $          Undetermined   $          Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC
Name

Case number *(if known)*   24-11055

**2.64 Priority creditor's name and mailing address**

NORTH CAROLINA Dept of Revenue
Creditor Name

Creditor's Notice name

PO BOX 25000
Address

| RALEIGH | NC | 27640-0650 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___Undetermined___ $ ___Undetermined___
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.65 Priority creditor's name and mailing address**

NORTH DAKOTA State Government
Creditor Name

Creditor's Notice name

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ___Undetermined___ $ ___Undetermined___
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC
Name

Case number *(if known)*   24-11055

**2.66 Priority creditor's name and mailing address**

NSF International
Creditor Name

Creditor's Notice name

789 N DIXBORO RD
Address

| ANN ARBOR | MI | 48105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined   $ _____ Undetermined
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.67 Priority creditor's name and mailing address**

OHIO ATTORNEY General
Creditor Name

Creditor's Notice name

COLLECTIONS ENFORCEMENT
Address

150 E GAY STREET

| COLUMBUS | OH | 43215-3191 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined   $ _____ Undetermined
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*  24-11055

**2.68 Priority creditor's name and mailing address**

OHIO DEPT OF Taxation

Creditor Name

Creditor's Notice name

P O BOX 181140

Address

| COLUMBUS | OH | 43218-1140 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined   $ _____ Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.69 Priority creditor's name and mailing address**

OPHARDT HYGIENE

Creditor Name

Creditor's Notice name

TECHNOLOGIES INC

Address

4743 CHRISTIE DR

| BEAMSVILLE | ON | LOR 1B4 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

5/3/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ _____ 50.40   $ _____ Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**2.70 Priority creditor's name and mailing address**

OREGON DEPT. OF Revenue
Creditor Name

Creditor's Notice name

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ____Undetermined____ $ ____Undetermined____
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.71 Priority creditor's name and mailing address**

PA TIN DA GROUP CO  LTD
Creditor Name

Creditor's Notice name

B306-406 CLOUD CITY
Address

NO. 1933 HUAGUAN RD

TIANHE DISTRICT

GUANGZHOU                510663
City          State          ZIP Code

China
Country

**Date or dates debt was incurred**

5/15/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ ____90,812.72____ $ ____Undetermined____
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*    24-11055

Name

**2.72 Priority creditor's name and mailing address**

PACIFIC HANDY CUTTER INC

Creditor Name

Creditor's Notice name

17819 GILLETTE AVENUE

Address

| IRVINE | CA | 92614-6501 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/3/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $              3,626.30   $              Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.73 Priority creditor's name and mailing address**

PROBBAX COMMERCIAL PROD LTD

Creditor Name

Creditor's Notice name

13/F HONG KONG & MACAU BLDG

Address

156-157 CONNAUGHT RD CENTRAL

CENTRAL

| HONG KONG | | |
|-----------|-----|-----|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

5/2/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $              91,112.00   $              Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC
Name

Case number *(if known)*    24-11055

**2.74 Priority creditor's name and mailing address**

PYRAMEX SAFETY PRODUCTS LLC
Creditor Name

Creditor's Notice name

281 MOORE LANE
Address

| COLLIERVILLE | TN | 38017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/2/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 15,629.12    $    Undetermined
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.75 Priority creditor's name and mailing address**

RAYEN HEALTHCARE PRODUCTS LTD
Creditor Name

Creditor's Notice name

BENCHENG TOWN LUANNAN COUNTY
Address

| TANGSHAN | | 63500 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

5/2/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 39,256.70    $    Undetermined
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor:  Impact Products, LLC

Name

Case number *(if known)*    24-11055

**2.76 Priority creditor's name and mailing address**

RIEKE LLC

Creditor Name

Creditor's Notice name

PO BOX 854640

Address

| MINNEAPOLIS | MN | 55485-4640 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/6/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $                26,005.14    $    Undetermined

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☒ No

☐ Yes

**2.77 Priority creditor's name and mailing address**

S&K PRODUCTS COMPANY

Creditor Name

Creditor's Notice name

4540 US 127

Address

| CELINA | OH | 45822 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/2/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $                10,093.08    $    Undetermined

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Impact Products, LLC
_____
Name

Case number *(if known)*    24-11055
_____

**2.78 Priority creditor's name and mailing address**

SALCOM INDUSTIRES INC
_____
Creditor Name

_____
Creditor's Notice name

602 E CALTON RD
_____
Address

SUITE 4
_____

_____

| LAREDO | TX | 78041 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

5/3/2024
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $                71,891.65   $            Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.79 Priority creditor's name and mailing address**

SHAMROCK MOLDED PRODUCTS
_____
Creditor Name

_____
Creditor's Notice name

1440 HOLLOWAY UNIT 2
_____
Address

_____

| HOLLAND | OH | 43528-8608 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

5/7/2024
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $                72,105.28   $            Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*   24-11055

**2.80 Priority creditor's name and mailing address**

SHANDONG HENGSHEN HAIRUN MEDIC
Creditor Name

Creditor's Notice name

NO. 39, WEIQIAO ALUMINUM DEEP
Address

Processing Industrial Park

Processing Industrial Park

ZOUPING                     256206
City          State          ZIP Code

China
Country

**Date or dates debt was incurred**

5/20/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $  33,000.00   $   Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.81 Priority creditor's name and mailing address**

SHANDONG HONGXIN CHEMICALS CO.
Creditor Name

Creditor's Notice name

NO. 10 XINJIAN WEST ROAD
Address

ZHOUCHUN DISTRICT

ZIBO
City          State          ZIP Code

China
Country

**Date or dates debt was incurred**

5/8/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $  39,400.00   $   Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*  24-11055

Name

---

**2.82 Priority creditor's name and mailing address**

SHANDONG SHANGWEI

Creditor Name

Creditor's Notice name

MEDICAL PRODUCTS CO., LTD

Address

SONGHUAJIANG RD, CAOXIAN

SHANDONG PROVINCE, P.R. CHINA

HEZE                                    274400

City                  State            ZIP Code

China

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ _____ Undetermined _____ $ _____ Undetermined _____
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**2.83 Priority creditor's name and mailing address**

SHANGHAI SHUXIAO INDUSTRY CO L

Creditor Name

Creditor's Notice name

BLDG 4, 168 HONG'AN RD

Address

JINSHAN DISTRICT

SHANGHAI

City                  State            ZIP Code

China

Country

**Date or dates debt was incurred**

5/8/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ _____ 34,109.00 _____ $ _____ Undetermined _____
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor: Impact Products, LLC

Case number *(if known)*  24-11055

___

**2.84 Priority creditor's name and mailing address**

SHANGHAI SORO INDUSTRIAL CO
Creditor Name

Creditor's Notice name

BUILDING NO. 1 XINRUN ROAD
Address

XINQIAO TOWN

SONGJIANG
City          State          ZIP Code

China
Country

**Date or dates debt was incurred**

5/20/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 1,050.00  $  Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

___

**2.85 Priority creditor's name and mailing address**

SHIJIAZHUANG HONGRAY GROUP
Creditor Name

Creditor's Notice name

NO 135 XINHUA WEST ROAD
Address

JINZHOU
City          State          ZIP Code

China
Country

**Date or dates debt was incurred**

5/3/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 375,922.84  $  Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

___

Debtor: Impact Products, LLC

Name

Case number *(if known)*  24-11055

**2.86 Priority creditor's name and mailing address**

SOUTH DAKOTA

Creditor Name

Creditor's Notice name

DEPARTMENT OF REVENUE

Address

1520 HAINES AVE #3

| RAPID CITY | SD | 57701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined   $ _____ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.87 Priority creditor's name and mailing address**

State of CONNECTICUT

Creditor Name

Creditor's Notice name

P.O. BOX 2905

Address

| HARTFORD | CT | 06104-2905 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined   $ _____ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*  24-11055

Name

**2.88 Priority creditor's name and mailing address**

STATE OF WASHINGTON DEPT OF Revenue

Creditor Name

Creditor's Notice name

PO Box 47476

Address

| Olympia | WA | 98504-7476 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507 (a) (8)

**As of the petition filing date, the claim is:** $ ___Undetermined___ $ ___Undetermined___
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.89 Priority creditor's name and mailing address**

SUN&L CO.,LTD

Creditor Name

Creditor's Notice name

396 YEONGSANDOCHEON-RO

Address

YEONGSAN-MYEON

CHANGNYEONG-GUN

| KUNSHAN | | 215314 |
|---------|-----|-------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

5/8/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507 (a) (2)

**As of the petition filing date, the claim is:** $ ___40,260.00___ $ ___Undetermined___
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*    24-11055

**2.90 Priority creditor's name and mailing address**

TABLECRAFT PRODUCTS

Creditor Name

Creditor's Notice name

COMPANY INC

Address

801 LAKESIDE DR

| GURNEE | IL | 60046 |
|--------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/15/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 3,738.24  $ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.91 Priority creditor's name and mailing address**

TAX COLLECTOR TOWN OF CLINTON

Creditor Name

Creditor's Notice name

54 EAST MAIN ST

Address

| CLINTON | CT | 6413 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ Undetermined  $ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC
Name

Case number *(if known)*    24-11055

---

**2.92 Priority creditor's name and mailing address**

TENNESSEE Department
Creditor Name

Creditor's Notice name

OF REVENUE
Address

ANDREW JACKSON STATE OFFICE

500 DEADERICK ST

NASHVILLE        TN          37242
City              State       ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined _____ $ _____ Undetermined _____
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**2.93 Priority creditor's name and mailing address**

TEXAS DEPARTMENT of revenue
Creditor Name

Creditor's Notice name

Lyndon B. Johnson State Office Building
Address

111 East 17th Street

Austin           TX          78774
City              State       ZIP Code

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined _____ $ _____ Undetermined _____
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor:    Impact Products, LLC

Case number *(if known)*    24-11055

**2.94 Priority creditor's name and mailing address**

TISSUE PROTECTIVE PRODUCTS

Creditor Name

Creditor's Notice name

NO 28TH TIANXIAN AVE

Address

TIANMEN INDUSTRIAL PARK

| TIANMEN | | 431700 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

5/2/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $            50,286.28    $            Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.95 Priority creditor's name and mailing address**

TREASURER CITY OF Memphis

Creditor Name

Creditor's Notice name

PO BOX 185

Address

| MEMPHIS | TN | 38101-0185 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $            Undetermined    $            Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*    24-11055

**2.96 Priority creditor's name and mailing address**

TREASURER OF LUCAS County

Creditor Name

Creditor's Notice name

ONE GOVERNMENT CENTER  500

Address

| TOLEDO | OH | 43604-2253 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined    $ _____ Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.97 Priority creditor's name and mailing address**

TRICORBRAUN INC

Creditor Name

Creditor's Notice name

6 CITY PLACE DRIVE

Address

SUITE 1000

| ST LOUIS | MO | 63141 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ _____ Undetermined    $ _____ Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*   24-11055

**2.98 Priority creditor's name and mailing address**

U.S. Fish and Wildlife Services

Creditor Name

Creditor's Notice name

BISHOP HENRY WHIPPLE FEDERAL

Address

BUILDING

1 FEDERAL DRIVE

| FORT SNELLING | MN | 55111-4056 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ ____ Undetermined ____ $ ____ Undetermined ____

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.99 Priority creditor's name and mailing address**

UNGER ENTERPRISES INC

Creditor Name

Creditor's Notice name

425 ASYLUM ST

Address

| BRIDGEPORT | CT | 6610 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/15/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured**

**claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ ____ 4,489.80 ____ $ ____ Undetermined ____

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*  24-11055
Name

**2.100** **Priority creditor's name and mailing address**

VA-VITE PTY. LTD.
Creditor Name

Creditor's Notice name

58A DOUGHARTY ROAD
Address

HEIDELBERG WEST

| VICTORIA | | 3081 |
|---|---|---|
| City | State | ZIP Code |

Australia
Country

**Date or dates debt was incurred**

5/17/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 78,764.40   $   Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☒ No

☐ Yes

**2.101** **Priority creditor's name and mailing address**

VERMONT Department of taxes
Creditor Name

Creditor's Notice name

PO BOX 547
Address

| MONTPELIER | VT | 05601-0547 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

Various

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $   Undetermined   $   Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Impact Products, LLC
_____
Name

Case number *(if known)*   24-11055
_____

**2.102 Priority creditor's name and mailing address**

WAYNE COUNTY Treasurer
Creditor Name

_____
Creditor's Notice name

401 E MAIN ST
Address

_____

| RICHMOND | IN | 47374 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined  $ _____ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

**2.103 Priority creditor's name and mailing address**

WYOMING Department of Revenue
Creditor Name

_____
Creditor's Notice name

EXCISE TAX DIVISION
Address

122 W 25TH ST HERSCHLER BLDG

| CHEYENNE | WY | 82002-0110 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

Various
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ _____ Undetermined  $ _____ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Tax Claim
_____

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*    24-11055
Name

**2.104 Priority creditor's name and mailing address**

XIANTAO YILIN PROTECTIVE PROD
Creditor Name

Creditor's Notice name

NO. 19
Address

JIANSHE ROAD

PENGCHANG AVE

XIANTAO                           43300
City              State          ZIP Code

China
Country

**Date or dates debt was incurred**

5/3/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 79,474.30    $ Undetermined
*Check all that apply.*

☐  Contingent

☒  Unliquidated

☐  Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☒  No

☐  Yes

**2.105 Priority creditor's name and mailing address**

ZHANGJIAGANG JIAWEN PLASTIC
Creditor Name

Creditor's Notice name

PRODUCTS FACTORY
Address

NO197 SHUANGLONG RD

FENGHUANG TOWN

ZHONGJIANCHANG                    215614
City              State          ZIP Code

China
Country

**Date or dates debt was incurred**

5/7/2024

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $ 69,843.20    $ Undetermined
*Check all that apply.*

☐  Contingent

☒  Unliquidated

☐  Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:   Impact Products, LLC
_____
Name

Case number *(if known)*   24-11055
_____

2.106 **Priority creditor's name and mailing address**

ZHONGHONG PULIN
_____
Creditor Name


_____
Creditor's Notice name

MEDICAL PRODUCTS CO LTD
_____
Address

WEST INDUSTRIAL ZONE
_____

LUANNAN TANGSHAN
_____

TANGSHAN                          63500
_____
City              State          ZIP Code

China
_____
Country

**Date or dates debt was incurred**

5/3/2024
_____

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (2)

**As of the petition filing date, the claim is:** $  267,390.50  $  Undetermined
*Check all that apply.*

☐  Contingent

☑  Unliquidated

☐  Disputed

**Basis for the claim:**

503(b)(9)

**Is the claim subject to offset?**

☑  No

☐  Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1 Nonpriority creditor's name and mailing address**

1 POLYMER SOURCE INC
Creditor Name

Creditor's Notice name

PO BOX 1233
Address

RICHMOND     IN     47375
City     State     ZIP Code

Country

**Date or dates debt was incurred**
4/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 52,770.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.2 Nonpriority creditor's name and mailing address**

20/20 CUSTOM MOLDED PLASTICS LTD
Creditor Name

Creditor's Notice name

14620 SELWYN DRIVE
Address

HOLIDAY CITY     OH     43543
City     State     ZIP Code

Country

**Date or dates debt was incurred**
3/21/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 140,716.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.3 Nonpriority creditor's name and mailing address**

2020 EXHIBITS OHIO INC
Creditor Name

Creditor's Notice name

10550 S SAM HOUSTON PKWY W
Address

| HOUSTON | TX | 77071 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

8/3/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 107,207.41
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.4 Nonpriority creditor's name and mailing address**

2840 CENTENNIAL ROAD LLC
Creditor Name

Creditor's Notice name

PO BOX 457
Address

| SYLVANIA | OH | 43623 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/13/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,548.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*  24-11055

| | |
|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address** |

323 DESIGN, LLC
Creditor Name

Creditor's Notice name

6275 GUY MURRAY ROAD
Address

| NEW PARIS | OH | 45347 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/7/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,160.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** |

3E REP GROUP
Creditor Name

Creditor's Notice name

Luis Carlos Encinas
Address

San Pedro 116

Colonia Haciendas del Campestr

| Leon | | 37170 |
|---|---|---|
| City | State | ZIP Code |

Mexico
Country

**Date or dates debt was incurred**

1/30/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,165.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*    24-11055

**3.7** **Nonpriority creditor's name and mailing address**

ABEL WOMACK, INC
Creditor Name

Creditor's Notice name

PO BOX 846031
Address

| | | |
|---|---|---|
| BOSTON | MA | 02284-6031 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/27/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                      9,283.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.8** **Nonpriority creditor's name and mailing address**

ABMJ
Creditor Name

Creditor's Notice name

C/O JACK REESE
Address

1650 ARCH ST SUITE 1908

| | | |
|---|---|---|
| PHILADELPHIA | PA | 19103 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/1/23

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    269,385.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*    24-11055

**3.9  Nonpriority creditor's name and mailing address**

ACME UNITED CORPORATION
Creditor Name

Creditor's Notice name

1 WATERVIEW DRIVE SUITE 200
Address

| SHELTON | CT | 6484 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/11/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    14,408.90
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.10  Nonpriority creditor's name and mailing address**

ADP CONSULTING
Creditor Name

Creditor's Notice name

ADVANTAGE COATINGS
Address

5039 GREEN PINE COURT

| SYLVANIA | OH | 43560-4611 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

10/31/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    24.49
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Impact Products, LLC

Case number *(if known)*    24-11055

**3.11 Nonpriority creditor's name and mailing address**

ADP SCREENING & SELECTION SER.
Creditor Name

Creditor's Notice name

PO BOX 645177
Address

| CINCINNATI | OH | 45264-5177 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/22/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    144.01
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.12 Nonpriority creditor's name and mailing address**

ADVANCE CLEANING SOLUTIONS
Creditor Name

Creditor's Notice name

OC INC
Address

28364 S WESTERN AVE #626

| RANCHO PALOS | CA | 90275 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/30/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    800.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor:  Impact Products, LLC

Case number *(if known)*     24-11055

**3.13  Nonpriority creditor's name and mailing address**

AFFILIATED DISTRIBUTORS

Creditor Name

Creditor's Notice name

500 E. SWEDESFORD ROAD

Address

SUITE 200

| WAYNE | PA | 19087 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/16/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    24,000.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.14  Nonpriority creditor's name and mailing address**

AKTION ASSOCIATES INC

Creditor Name

Creditor's Notice name

1687 WOODLANDS DR

Address

| MAUMEE | OH | 43537 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/15/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   128,517.90

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.15 Nonpriority creditor's name and mailing address**

ALARM SYSTEMS, LLC
Creditor Name

Creditor's Notice name

1359 BOSTON POST RD.
Address

| MADISON | CT | 6443 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/6/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,203.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.16 Nonpriority creditor's name and mailing address**

ALLPORT CARGO SERVICES USA INC
Creditor Name

Creditor's Notice name

1455 BROAD STREET
Address

SUITE 410

| BLOOMFIELD | NJ | 7003 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/3/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*    24-11055

**3.17** **Nonpriority creditor's name and mailing address**

ALRO STEEL CORPORATION
Creditor Name

Creditor's Notice name

3100 E HIGH ST
Address

PO BOX 927

| JACKSON | MI | 49204-0927 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/10/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 974.99
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.18** **Nonpriority creditor's name and mailing address**

ALTA MATERIAL HANDLING
Creditor Name

Creditor's Notice name

6 JONSPIN RD
Address

| WILMINGTON | MA | 1887 |
|------------|-----|------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/8/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,353.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*: 24-11055

**3.19 Nonpriority creditor's name and mailing address**

ALWIN MANUFACTURING CO INC
Creditor Name

Creditor's Notice name

3061 S RIDGE RD SUITE 101
Address

| GREEN BAY | WI | 54304 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/18/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                9,309.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.20 Nonpriority creditor's name and mailing address**

ANDERSEN & ASSOCIATES  INC.
Creditor Name

Creditor's Notice name

30575 ANDERSEN CT.
Address

| WIXOM | MI | 48393-1015 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/1/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $              88,046.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Impact Products, LLC

Case number (if known):  24-11055

**3.21**  **Nonpriority creditor's name and mailing address**

ANHUI BYTECH MEDICAL SUPPLIES
Creditor Name

Creditor's Notice name

THE NORTH NEW ECONOMIC
Address

DEVELOPMENT AREA

| SUZHOU | | 234200 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

12/2/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                256,322.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.22**  **Nonpriority creditor's name and mailing address**

ANHUI GARMENTS IMP. AND EXP, C
Creditor Name

Creditor's Notice name

436 CHANGJIANG ROAD
Address

| HEFEI | | |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

1/11/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 26,648.68
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC
Name

Case number (if known): 24-11055

**3.23 Nonpriority creditor's name and mailing address**

ANHUI HONGYUAN SAFETY PRODUCTS
Creditor Name

Creditor's Notice name

NO. 8 FENGHUA ROAD, INDUSTRY
Address

AREA, ANFENG TOWN, SHOUXIAN

COUNTRY

| HUAINAN | | 232251 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**
1/22/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 106,343.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.24 Nonpriority creditor's name and mailing address**

ANTHONY WAYNE REHABILITATION
Creditor Name

Creditor's Notice name

CENTER FOR HANDICAPPED & BLIND
Address

AWRC INDUSTRIES

8515 BLUFFTON RD

| FORT WAYNE | IN | 46809-3022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,309.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number (if known): 24-11055

Name

**3.25 Nonpriority creditor's name and mailing address**

ASSOCIATED INTEGRATED SUPPLY C

Creditor Name

Creditor's Notice name

7954 SOLUTION CENTER

Address

| CHICAGO | IL | 60677-7009 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/22/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 59,029.61

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.26 Nonpriority creditor's name and mailing address**

ASSOCIATED PLASTICS CORP

Creditor Name

Creditor's Notice name

502 ERIC WOLBER AVE

Address

| ADA | OH | 45810 |
|-----|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/3/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 207,333.70

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*    24-11055

___

**3.27**  **Nonpriority creditor's name and mailing address**

AT&T

Creditor Name

___

Creditor's Notice name

PO Box 5014

Address

___

___

| CARL STREAM | IL | 60197-6463 |
|---|---|---|
| City | State | ZIP Code |

___

Country

**Date or dates debt was incurred**

5/10/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                        119.09

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

___

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.28**  **Nonpriority creditor's name and mailing address**

AVISION SALES GROUP

Creditor Name

___

Creditor's Notice name

I&I SALES GROUP

Address

PO BOX 947929

LOCKBOX NUMBER 865929

| ATLANTA | GA | 30394-7929 |
|---|---|---|
| City | State | ZIP Code |

___

Country

**Date or dates debt was incurred**

5/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    300,000.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

___

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Impact Products, LLC
Name

Case number *(if known)*  24-11055

**3.29** **Nonpriority creditor's name and mailing address**

B CLEAN PRO SERVICES LLC
Creditor Name

Creditor's Notice name

PO BOX 356
Address

| WATERVILLE | OH | 43566 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/30/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    1,685.12
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**

B&B MOLDED PRODUCTS INC
Creditor Name

Creditor's Notice name

1250 OTTAWA AVE
Address

| DEFIANCE | OH | 43512 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/20/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    985,322.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*    24-11055

**3.31** **Nonpriority creditor's name and mailing address**

B&H PHOTO-VIDEO

Creditor Name

Creditor's Notice name

REMITTANCE PROCESSING CENTER

Address

PO BOX 28072

| NEW YORK | NY | 10087-8072 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/1/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $    1,889.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**

BADER MECHANICAL, INC.

Creditor Name

Creditor's Notice name

dba BADER SERVICES

Address

110 W. MAIN ST

| RICHMOND | IN | 47374 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/4/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $    7,108.66

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.33 Nonpriority creditor's name and mailing address**

BANANA PRODUCTS LLC
Creditor Name

Creditor's Notice name

111 CONGRESS AVE #500
Address

| AUSTIN | TX | 78701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
9/12/22

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,050.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.34 Nonpriority creditor's name and mailing address**

BAY CORRUGATED CONTAINER INC
Creditor Name

Creditor's Notice name

1655 WEST SEVENTH ST
Address

| MONROE | MI | 48161 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/15/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,399.74
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

Name

**3.35 Nonpriority creditor's name and mailing address**

BGR INC.

Creditor Name

Creditor's Notice name

PO BOX 32160

Address

DEPT. #142

| LOUISVILLE | KY | 40232 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/10/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 44,678.39

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.36 Nonpriority creditor's name and mailing address**

BLUE CROSS BLUE SHIELD OF TENN

Creditor Name

Creditor's Notice name

1 CAMERON HILL CIRCLE

Address

| CHATTANOOGA | TN | 37402 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/22/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 1,949.01

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Impact Products, LLC
_____
Name

Case number *(if known)*    24-11055
_____

**3.37** **Nonpriority creditor's name and mailing address**

BLUESAIL HONG KONG TRADING LIM
_____
Creditor Name

_____
Creditor's Notice name

ROOM 1401, 14/F
_____
Address

WORLD COMMERCE CENTRE
_____

HARBOUR CITY, 7-11 CANTON RD
_____

HONG KONG
_____  _____  _____
City          State         ZIP Code

China
_____
Country

**Date or dates debt was incurred**
4/3/24
_____

**Last 4 digits of account**

**number**

| | |
|---|---|
| As of the petition filing date, the claim is: | $                55,200.00 |

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.38** **Nonpriority creditor's name and mailing address**

BUCKEYE BUSINESS PRODUCTS INC
_____
Creditor Name

_____
Creditor's Notice name

3830 KELLEY AVE
_____
Address

_____

CLEVELAND        OH        44114
_____  _____  _____
City          State         ZIP Code

_____
Country

**Date or dates debt was incurred**
4/4/24
_____

**Last 4 digits of account**

**number**

| | |
|---|---|
| As of the petition filing date, the claim is: | $                10,877.50 |

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Impact Products, LLC

Case number *(if known)*   24-11055

---

**3.39  Nonpriority creditor's name and mailing address**

BUCKEYE TELESYSTEM
Creditor Name

Creditor's Notice name

4818 ANGOLA RD
Address

| TOLEDO | OH | 43615-6475 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    1,280.16
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.40  Nonpriority creditor's name and mailing address**

BYTECH (DONGTAI) CO., LTD
Creditor Name

Creditor's Notice name

XINYUAN INDUSTRIAL PARK
Address

TANGYANG TOWN

| DONGTAI | | 224223 |
|---------|-----|--------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

12/27/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  231,347.30
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.41** **Nonpriority creditor's name and mailing address**

CANON FINANCIAL SERVICE INC
Creditor Name

Creditor's Notice name

14904 COLLECTIONS CENTER DR
Address

| CHICAGO | IL | 60693-0149 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/12/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,842.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.42** **Nonpriority creditor's name and mailing address**

CAPE KAROO INTERNATIONAL LTD
Creditor Name

Creditor's Notice name

KOOPERASIE STREET
Address

P O BOX 241

| OUDTSHOORN | | 6620 |
|---|---|---|
| City | State | ZIP Code |

South Africa
Country

**Date or dates debt was incurred**
1/10/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 140,160.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.43 Nonpriority creditor's name and mailing address**

CAPSTONE LOGISTICS
Creditor Name

Creditor's Notice name

3086 Momentum Place
Address

| Chicago | IL | 60689 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/11/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 338,200.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.44 Nonpriority creditor's name and mailing address**

Captain Pallets
Creditor Name

Creditor's Notice name

19744 El RIVINO RD
Address

| RIVERSIDE | CA | 92509 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/26/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,717.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Impact Products, LLC

Name

Case number *(if known)* 24-11055

**3.45** **Nonpriority creditor's name and mailing address**

CAVALRY LOGISTICS INT'L

Creditor Name

Creditor's Notice name

4285 INDUSTRIAL DR

Address

| WINDSOR | ON | N9C 3R9 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

1/11/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    5,395.22

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.46** **Nonpriority creditor's name and mailing address**

CDW DIRECT, LLC

Creditor Name

Creditor's Notice name

P.O. BOX 75723

Address

| CHICAGO | IL | 60675-5723 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/5/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    2,415.01

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.47** **Nonpriority creditor's name and mailing address**

CHARLES GOETZ INC.

Creditor Name

Creditor's Notice name

28806 N. Summit Springs Rd

Address

| Rio Verde | AZ | 85263 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/29/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,896.76

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**

CHEP USA

Creditor Name

Creditor's Notice name

15226 COLLECTIONS CENTER DR

Address

| CHICAGO | IL | 60693 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/27/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 50.96

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*:  24-11055

**3.49  Nonpriority creditor's name and mailing address**

CHIFENG HUAWEI MEDICAL SCIENCE
Creditor Name

Creditor's Notice name

NO. 2-4, SECOND-STAGE STANDARD
Address

SONGSHAN(ANQING) INUSTRIAL PAR

| CHIFENG | | |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

**Date or dates debt was incurred**

1/3/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          68,404.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.50  Nonpriority creditor's name and mailing address**

CHRISTIAN RAMIREZ
Creditor Name

Creditor's Notice name

DBA  ASSITANT TRUCKING MEMBERS
Address

9375 ARCHIBALD AVE SUITE 200

| RANCHO CUCAMONGA | CA | 91730 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/18/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              683.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

---

**3.51 Nonpriority creditor's name and mailing address**

CINTAS
Creditor Name

Creditor's Notice name

PO BOX 29059
Address

| PHOENIX | AZ | 85038-9059 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/20/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 319.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.52 Nonpriority creditor's name and mailing address**

CITY OF PURVIS
Creditor Name

Creditor's Notice name

PO BOX 308
Address

| PURVIS | MS | 39475 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/15/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 9.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Impact Products, LLC

Case number *(if known)* 24-11055

3.53 **Nonpriority creditor's name and mailing address**

COLLINGWOOD WATER
Creditor Name

Creditor's Notice name

710 BERDAN AVE
Address

| TOLEDO | OH | 43610-1095 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/4/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 105.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

3.54 **Nonpriority creditor's name and mailing address**

COMCAST CABLE
Creditor Name

Creditor's Notice name

PO BOX 71211
Address

| CHARLOTTE | NC | 28272-1211 |
|-----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 782.53
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC
Name

Case number *(if known)*: 24-11055

---

**3.55** **Nonpriority creditor's name and mailing address**

COMFORT RUBBER GLOVES INDUSTRI
Creditor Name


Creditor's Notice name

LOT 821 JALAN MATANG
Address

34750 MATANG PERAK


PERAK
City | State | ZIP Code

Malaysia
Country

**Date or dates debt was incurred**

6/24/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                85,637.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**

COMPLETE OFFICE
Creditor Name


Creditor's Notice name

PO BOX 631935
Address


CINCINNATI | OH | 45263-1935
City | State | ZIP Code


Country

**Date or dates debt was incurred**

4/3/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                404.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  Impact Products, LLC

Case number *(if known)*    24-11055

---

**3.57** **Nonpriority creditor's name and mailing address**

CONTAINER DISTRIBUTING
Creditor Name

Creditor's Notice name

NETWORK LLC
Address

397 JONBIL ROAD

| CHASE CITY | VA | 23924 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

7/7/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 6,313.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.58** **Nonpriority creditor's name and mailing address**

CORTINA TOOL & MOLDING
Creditor Name

Creditor's Notice name

COMPANY INC
Address

10706 W GRAND AVE

| FRANKLIN PARK | IL | 60131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/17/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 4,815.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor:  Impact Products, LLC

Name

Case number *(if known)*    24-11055

**3.59 Nonpriority creditor's name and mailing address**

CPT CABALLERO INDUSTRIAL II

Creditor Name

Creditor's Notice name

BLDG ID: HCZ002

Address

PO BOX 209427

| AUSTIN | TX | 78720-9281 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/1/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                217,519.74

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.60 Nonpriority creditor's name and mailing address**

D M TRUCKING SERVICES CORP

Creditor Name

Creditor's Notice name

PO BOX 471595

Address

| MIAMI | FL | 33247 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/13/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                550.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Impact Products, LLC

Case number *(if known)*  24-11055

**3.61** **Nonpriority creditor's name and mailing address**

DATASITE LLC

Creditor Name

Creditor's Notice name

BAKER CENTER

Address

733 S MARQUETTE AVE

SUITE 600

| MINNEAPOLIS | MN | 55402 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/5/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                23,281.88

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.62** **Nonpriority creditor's name and mailing address**

DE WELL CONTAINER SHIPPING INC

Creditor Name

Creditor's Notice name

5553 Bandini Blvd

Address

Unit A

| Bell | CA | 90201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/3/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                17,500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

Name

---

**3.63** **Nonpriority creditor's name and mailing address**

DEVISER INC

Creditor Name

Creditor's Notice name

5805 STATE BRIDGE RD

Address

SUITE G258

| JOHNS CREEK | GA | 30097 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/30/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.64** **Nonpriority creditor's name and mailing address**

DIE STAMPCO INC

Creditor Name

Creditor's Notice name

1301 N LINCOLN ST

Address

| BAY CITY | MI | 48708 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/4/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,119.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

| | |
|---|---|
| 3.65 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 188,701.84 |
| DIPPED PRODUCTS LIMITED | *Check all that apply.* |
| Creditor Name | |

Creditor's Notice name

400 DEAN ROAD
Address

| ☐ | Contingent |
|---|---|
| ☐ | Unliquidated |
| ☐ | Disputed |

**Basis for the claim:**

Goods and Services

COLOMBO

City    State    ZIP Code

Sri Lanka

Country

**Date or dates debt was incurred**

3/10/24

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| | |
|---|---|
| 3.66 **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 185.00 |
| DJS INTERNATIONAL SERVICES INC | *Check all that apply.* |
| Creditor Name | |

Creditor's Notice name

4215 GATEWAY DRIVE
Address

| ☐ | Contingent |
|---|---|
| ☐ | Unliquidated |
| ☐ | Disputed |

**Basis for the claim:**

Goods and Services

COLLEYVILLE    TX    76034

City    State    ZIP Code

Country

**Date or dates debt was incurred**

5/8/24

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)* 24-11055

Name

**3.67** **Nonpriority creditor's name and mailing address**

DONNA HAMILTON

Creditor Name

Creditor's Notice name

Address on File

Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

5/3/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    822.16

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.68** **Nonpriority creditor's name and mailing address**

DRECO INC.

Creditor Name

Creditor's Notice name

7887 ROOT ROAD

Address

NORTH RIDGEVILLE    OH    44039-4013

City    State    ZIP Code

Country

**Date or dates debt was incurred**

4/19/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    7,793.77

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.69** **Nonpriority creditor's name and mailing address**

E.I. DU PONT DE NEMOURS & CO

Creditor Name

Creditor's Notice name

PO BOX 894422

Address

ACCT  55665091

| LOS ANGELES | CA | 90189-4422 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

6/9/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                26,983.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.70** **Nonpriority creditor's name and mailing address**

EARLYWINE PEST CONTROL INC

Creditor Name

Creditor's Notice name

2234 BOSTON PIKE

Address

| RICHMOND | IN | 47374 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/3/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                526.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*  24-11055

---

**3.71 Nonpriority creditor's name and mailing address**

EARTHWORKS LAWN CARE & SNOW RE
Creditor Name

Creditor's Notice name

PO BOX 1770
Address

| RICHMOND | IN | 47375 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/19/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    1,020.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.72 Nonpriority creditor's name and mailing address**

EAST RIVER ENERGY
Creditor Name

Creditor's Notice name

PO BOX 388
Address

| GUILFORD | CT | 6437 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/3/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    1,039.26
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Debtor:  Impact Products, LLC

Case number *(if known)*  24-11055

---

**3.73  Nonpriority creditor's name and mailing address**

EDCO

Creditor Name

Creditor's Notice name

PARK DISPOSAL

Address

PO BOX 5398

| BUENA PARK | CA | 90622 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/31/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                332.66

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.74  Nonpriority creditor's name and mailing address**

EILA WOOLDREDGE

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/3/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                26.51

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:   Impact Products, LLC

Case number *(if known)*   24-11055

---

3.75 **Nonpriority creditor's name and mailing address**

ELIZABETH TARAN

Creditor Name

Creditor's Notice name

57 SCENIC VIEW DR

Address

| DEEP RIVER | CT | 6417 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/7/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                139.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.76 **Nonpriority creditor's name and mailing address**

ESSEX HARDWARE COMPANY

Creditor Name

Creditor's Notice name

PO BOX 186

Address

| CENTERBROOK | CT | 6409 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/16/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                144.34
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.77 Nonpriority creditor's name and mailing address**

EVERGREEN LAWN CARE
Creditor Name

Creditor's Notice name

PO BOX 664
Address

| MADISON | CT | 06443-2122 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/31/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                3,849.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.78 Nonpriority creditor's name and mailing address**

EVERSOURCE
Creditor Name

Creditor's Notice name

PO BOX 56002
Address

| BOSTON | MA | 02205-6002 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/6/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                7,199.56
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

---

**3.79 Nonpriority creditor's name and mailing address**

FABRIC SOURCES
Creditor Name

_____
Creditor's Notice name

INTERNATIONAL LLC
Address

2305 DALTON INDUSTRIAL COURT

| DALTON | GA | 30721 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
3/25/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,646.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.80 Nonpriority creditor's name and mailing address**

FEDEX - SMALL PARCEL
Creditor Name

_____
Creditor's Notice name

FEDEX LOCKBOX 360353
Address

500 ROSS STREET

| PITTSBURGH | PA | 15262 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
4/19/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 100,295.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.81 Nonpriority creditor's name and mailing address**

FENGCHENG DONGFA PAPER MANUFACTURE CO., LTD.

Creditor Name

Creditor's Notice name

HONGQI, BAOSHAN TOWN

Address

| FENGCHENG | | 118100 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

12/15/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 25,900.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.82 Nonpriority creditor's name and mailing address**

FENGCHENG ZHONGHE PAPER PROD

Creditor Name

Creditor's Notice name

NO. 109-1 XIJIANTING STREET

Address

| FENGCHENG | | 118100 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

3/21/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 26,775.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC
Name

Case number *(if known)*    24-11055

**3.83** **Nonpriority creditor's name and mailing address**

FRAGRANCE DELIVERY TECHNOLOGIES LTD
Creditor Name

Creditor's Notice name

RA07AC06, LIU 15
Address

JAFZA NORTH

DUBAI
City          State          ZIP Code

United Arab Emirates
Country

**Date or dates debt was incurred**
9/8/23

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    70,414.08
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.84** **Nonpriority creditor's name and mailing address**

FREEMAN
Creditor Name

Creditor's Notice name

PO BOX 734596
Address

DALLAS      TX          75373-4593
City          State          ZIP Code

Country

**Date or dates debt was incurred**
2/13/23

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                     1,150.47
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*    24-11055

**3.85 Nonpriority creditor's name and mailing address**

FUAN MEDICAL PRODUCTS LTD

Creditor Name

Creditor's Notice name

FLAT/RM A 12/F

Address

KIU FU COMMERCIAL BLDG, 300 LO

HONG KONG

City        State        ZIP Code

China

Country

**Date or dates debt was incurred**

1/17/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    70,225.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.86 Nonpriority creditor's name and mailing address**

FUJIAN CASHION GARMENT CO., LT

Creditor Name

Creditor's Notice name

T 06,25 / F., BLOCK A, WORLDWI

Address

NO. 158 WUSI ROAD

FUZHOU

City        State        ZIP Code

China

Country

**Date or dates debt was incurred**

2/11/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   132,209.65

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.87 Nonpriority creditor's name and mailing address**

FUJIAN TIME AND TIANHE INDUSTRIAL CO  LTD
Creditor Name

Creditor's Notice name

HONGGONGSHAN DEVELOPMENT ZONE
Address

HONGLAI TOWN

| NANAN,FIJIAN | | 362331 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

12/18/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 64,501.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.88 Nonpriority creditor's name and mailing address**

FUJIAN WILTON INDUSTRIES CO LT
Creditor Name

Creditor's Notice name

ROOM 707 SHENFA BUILDING
Address

NO 132 SHUNGUANG RD

AOFENG STREET, TAIJIANG DIST.

| FUZHOU | | 350000 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

3/30/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,572.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*    24-11055

---

**3.89 Nonpriority creditor's name and mailing address**

FUTURMASTER UK LIMITED

Creditor Name

Creditor's Notice name

APEX HOUSE, CALTHORPE ROAD

Address

| BIRMINGHAM | | B15 1TR |
|---|---|---|
| City | State | ZIP Code |

Great Britain

Country

**Date or dates debt was incurred**

4/30/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    45,369.46

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.90 Nonpriority creditor's name and mailing address**

GABRIEL GROUP LLC

Creditor Name

Creditor's Notice name

601 5th STREET NW

Address

SUITE 400

| GRAND RAPIDS | MI | 49504 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/29/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    22,765.21

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

| | |
|---|---|
| **3.91 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 7,074.02 |
| GALASSO TRUCKING SERVICE, INC. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 2840 EAST HEDLEY STREET | Goods and Services |
| Address | |

| | | | |
|---|---|---|---|
| PHILADELPHIA | PA | 19137 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**

4/2/24

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.92 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 100.00 |
| GENERAL ALARM SERVICES INC | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 3450 PALMER DRIVE | Goods and Services |
| Address | |
| SUITE 4-314 | |

| | | | |
|---|---|---|---|
| CAMERON PARK | CA | 95682-8910 | |
| City | State | ZIP Code | |

Country

**Date or dates debt was incurred**

5/1/24

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*    24-11055

Name

**3.93** **Nonpriority creditor's name and mailing address**

GLOBAL EQUIPMENT COMPANY INC

Creditor Name

Creditor's Notice name

29833 NETWORK PLACE

Address

| CHICAGO | IL | 60673-1298 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/29/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    1,288.47

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.94** **Nonpriority creditor's name and mailing address**

GREGG STIGLEMAN

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/21/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    77.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.95 Nonpriority creditor's name and mailing address**

GSL TRANSPORTATION SERV., INC.

Creditor Name

Creditor's Notice name

PO BOX 947

Address

| LONG BEACH | CA | 90801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/22/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 27,960.55

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.96 Nonpriority creditor's name and mailing address**

GUANGDONG KINGFA SCI AND TECH

Creditor Name

Creditor's Notice name

NO. 28 DELONG ROAD

Address

QINGCHEN DIST

| QINGYUAN | | 510663 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

1/7/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 420,072.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.97 Nonpriority creditor's name and mailing address**

H.I.G. CAPITAL

Creditor Name

Creditor's Notice name

1450 BRICKELL AVENUE, 31ST FLOOR

Address

| MIAMI | FL | 33131 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

12/31/21

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            4,182,591.49

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.98 Nonpriority creditor's name and mailing address**

H.O.T. GRAPHIC SERVICES INC

Creditor Name

Creditor's Notice name

2595 TRACY CT

Address

| NORTHWOOD | OH | 43619 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/25/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            1,279.79

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

---

**3.99**  **Nonpriority creditor's name and mailing address**

HARRIS DISTRIBUTING COMPANY
Creditor Name

Creditor's Notice name

4261 CRAWFORD AVENUE
Address

| CINCINNATI | OH | 45223 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 113,183.78
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.100**  **Nonpriority creditor's name and mailing address**

HEALTHEQUITY, INC.
Creditor Name

Creditor's Notice name

15 W. SCENIC POINTE DRIVE
Address

SUITE 100

| DRAPER | UT | 84020 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/25/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 33.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:    Impact Products, LLC

Name

Case number *(if known)*    24-11055

**3.101** | **Nonpriority creditor's name and mailing address**

HEBEI ASTRO MEDICAL SUPPLY CO

Creditor Name

Creditor's Notice name

JINZHOU ECONOMIC DEVELOPMENT

Address

HEBEI PROVINCE, CHINA

| JINZHOU | | 52260 |
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

12/13/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                349,782.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.102** | **Nonpriority creditor's name and mailing address**

HEBEI HANDFORM MEDICAL PRODUCTS CO., LTD.

Creditor Name

Creditor's Notice name

INDUSTRIAL PARK, JULU COUNTY

Address

| XINGTAI | | |
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

1/20/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 38,699.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*  24-11055

**3.103 Nonpriority creditor's name and mailing address**

HELENS WOODEN CRAFTING COMPANY

Creditor Name

Creditor's Notice name

XIANGSHAN EASTSEA STAINLESS

Address

PRODUCTS CO LTD

XIZHOU
XIANGSHAN

City                State          ZIP Code

China

Country

**Date or dates debt was incurred**

1/6/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                      26,529.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.104 Nonpriority creditor's name and mailing address**

HENG YUAN PLASTIC PRODUCTS LTD

Creditor Name

Creditor's Notice name

3224 GUODAO

Address

MAAN TOWN HUICHENG DISTRICT

HUIZHOU            516001

City                State          ZIP Code

China

Country

**Date or dates debt was incurred**

12/26/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    277,487.65
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Impact Products, LLC

Case number *(if known)*    24-11055

**3.105  Nonpriority creditor's name and mailing address**

HERITAGE CRYSTAL CLEAN LLC
Creditor Name

Creditor's Notice name

2175 POINT BOULEVARD STE 375
Address

| ELGIN | IL | 60123 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/4/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              3,189.18
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.106  Nonpriority creditor's name and mailing address**

HITEN NONWOVEN HEALTHCARE PROD
Creditor Name

Creditor's Notice name

NO. 29 PENGCHANG AVE
Address

XIANTAO CITY

| XIANTAO | | |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

11/4/23

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            378,271.60
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.107** **Nonpriority creditor's name and mailing address**

HONEYWELL SAFETY PRODUCTS USA,

Creditor Name

Creditor's Notice name

PO BOX 418430

Address

| BOSTON | MA | 02241-8430 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/31/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 253,477.15

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.108** **Nonpriority creditor's name and mailing address**

HUBEI QIFU PROTECTIVE PRODUCTS

Creditor Name

Creditor's Notice name

ZHIBUWAN VILLAGE, PENGCHANG AV

Address

XIANTAO CITY

| XIANTAO | | 433000 |
|---------|-----|-------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

1/9/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 251,118.02

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.109 Nonpriority creditor's name and mailing address**

HYDE TOOLS

Creditor Name

Creditor's Notice name

54 EASTFORD RD

Address

| SOUTHBRIDGE | MA | 01550-1875 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/29/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 262.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.110 Nonpriority creditor's name and mailing address**

INDIANA AMERICAN WATER CO, INC

Creditor Name

Creditor's Notice name

P.O. BOX 6029

Address

| CAROL STREAM | IL | 60197-6029 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/21/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 304.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

| | |
|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address** |

INDIANA BOTTLE COMPANY INC.
Creditor Name

Creditor's Notice name

300 WEST LOVERS LANE
Address

| | | |
|---|---|---|
| SCOTTSBURG | IN | 47170 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/25/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,071.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

| | |
|---|---|
| 3.112 | **Nonpriority creditor's name and mailing address** |

INFOARMOR,INC.
Creditor Name

Creditor's Notice name

DEPT. 3189
Address

PO BOX 123189

| | | |
|---|---|---|
| DALLAS | TX | 75312-3189 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/30/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 129.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.113 Nonpriority creditor's name and mailing address**

INFOSHRED LLC

Creditor Name

Creditor's Notice name

3 CRAFTSMAN RD

Address

| EAST WINDSOR | CT | 06088-9685 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/24/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 110.98

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.114 Nonpriority creditor's name and mailing address**

INFOTRAC INC

Creditor Name

Creditor's Notice name

200 NORTH PALMETTO ST

Address

| LEESBURG | FL | 34748 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 210.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)* 24-11055

**3.115** **Nonpriority creditor's name and mailing address**

INNOVATIVE INTEGRATED SOLUTION

Creditor Name

Creditor's Notice name

PO BOX 88

Address

1100 MILITARY RD

| KENMORE | NY | 14217 |
|---------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/14/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 160,792.80

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.116** **Nonpriority creditor's name and mailing address**

INTCO MEDICAL INTERNATIONAL

Creditor Name

Creditor's Notice name

SUITE 1606, 16TH FLOOR

Address

TOWER2, THE GATEWAY

HARBOUR CITY

| HONG KONG | | |
|-----------|-----|--------|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

1/20/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 278,072.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:  Impact Products, LLC

Name

Case number *(if known)*   24-11055

**3.117 Nonpriority creditor's name and mailing address**

INTERNATIONAL BUSINESS MACHINE

Creditor Name

Creditor's Notice name

PO BOX 643600

Address

| PITTSBURGH | PA | 15264-3600 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/22/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                        35.35

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.118 Nonpriority creditor's name and mailing address**

ISG TRANSPORTATION INC

Creditor Name

Creditor's Notice name

5 ROYBRIDGE GATE

Address

| WOODBRIDGE | ON | L4H 4E6 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

4/3/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   16,427.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Impact Products, LLC
Name

Case number *(if known)*: 24-11055

**3.119 Nonpriority creditor's name and mailing address**

ITZ-OHLSON TRANSPORT INC
Creditor Name

Creditor's Notice name

PO BOX 129
Address

| TOPSFIELD | MA | 01983-0229 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/4/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 8,773.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**
☒ No

☐ Yes

**3.120 Nonpriority creditor's name and mailing address**

IVANHOE GROUP
Creditor Name

Creditor's Notice name

219 FULTON CT
Address

| PEACHTREE CITY | GA | 30269 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/13/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 359.94
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**
☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.121 Nonpriority creditor's name and mailing address**

J J KELLER & ASSOCIATES INC

Creditor Name

Creditor's Notice name

PO BOX 735492

Address

| CHICAGO | IL | 60673-5492 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/2/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 240.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.122 Nonpriority creditor's name and mailing address**

JIANGMEN JIUYANG SUPPLY CHAIN CO LTD

Creditor Name

Creditor's Notice name

GROUND FLOOR, BUILDING #F

Address

YIKENG INDUSTRY PARK

| JIANGMEN | | 529000 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

1/22/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,053.40

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Impact Products, LLC

Name

Case number *(if known)*    24-11055

**3.123  Nonpriority creditor's name and mailing address**

JIANGSU BYTECH

Creditor Name

Creditor's Notice name

XIN YUAN INDUSTRIAL CLUSTERS

Address

DONG TAI CITY, YANCHEN CITY

YANCHENG

City            State            ZIP Code

China

Country

**Date or dates debt was incurred**

3/13/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                57,294.50

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.124  Nonpriority creditor's name and mailing address**

JIANGSU BYTECH MEDICAL SUPPLIES CO., LTD.

Creditor Name

Creditor's Notice name

NO. 88 JUNSHI ROAD,PETROLEUM

Address

EQUIPMENT INDUSTRIAL PARK

YANCHENG                224700

City            State            ZIP Code

China

Country

**Date or dates debt was incurred**

1/16/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               350,689.50

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*: 24-11055

**3.125 Nonpriority creditor's name and mailing address**

JIANGSU CLS TECHNOLOGY CORP. L

Creditor Name

Creditor's Notice name

NO. 100 BUZHONG ROAD

Address

CAOBU TOWN RUDONG COUNTY

| NANTONG | | |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

12/3/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,200.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.126 Nonpriority creditor's name and mailing address**

JIANGSU DINGJIE MEDICAL EQUIPM

Creditor Name

Creditor's Notice name

NO. 219 YANJIANG ROAD

Address

CHANGJIANG TOWN, RUGAO CITY, N

| NANTONG | | |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

1/10/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 36,490.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.127 Nonpriority creditor's name and mailing address**

JIANGYIN RUIMINGGLOVES, CO., L
Creditor Name

Creditor's Notice name

CHANGSHOU INDUSTRIAL ZONE
Address

JIANGYIN
City                State            ZIP Code

China
Country

**Date or dates debt was incurred**

1/26/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              41,797.23
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.128 Nonpriority creditor's name and mailing address**

JIANYI ENTERPRISES
Creditor Name

Creditor's Notice name

UNIT B/C, 19F, DEJI MANSION
Address

188 CHANGJIANG RD

NANJING                          210018
City                State            ZIP Code

China
Country

**Date or dates debt was incurred**

1/17/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             126,635.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Impact Products, LLC

Name

Case number *(if known)*    24-11055

3.129  **Nonpriority creditor's name and mailing address**

JIANYI ENTERPRISES (ENSHI) PPE. LTD

Creditor Name

Creditor's Notice name

CHANGLIANG TOWN,

Address

JIANSHI COUNTY

| ENSHI | | 445300 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

12/21/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              129,598.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

3.130  **Nonpriority creditor's name and mailing address**

JIASHAN SHUNYUAN HOME TEXTILES CO  LTD

Creditor Name

Creditor's Notice name

NO. 11 JINGYANG RD

Address

HONGXI INDUSTRIAL DISTRICT

| JIAXING | | |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

2/10/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              200,672.60

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.131** **Nonpriority creditor's name and mailing address**

JIAXING ALL-LINK HOUSEWARE Products Co., Ltd.
Creditor Name

Creditor's Notice name

Rm 301,BLD A
Address

Xiuzhou Chamber of Commerce

269 xinping road,xincheng STR

| JIAXING | | 314031 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

2/10/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                143,128.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.132** **Nonpriority creditor's name and mailing address**

JIAXING ZHONGLI PLASTICS-CUTLE
Creditor Name

Creditor's Notice name

#183 ZHENGYUAN ROAD
Address

JIAXING ECONOMIC DEVELOPMENT Z

| JIAXING | | 314003 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

9/30/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                80,145.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor:   Impact Products, LLC
Name

Case number *(if known)*    24-11055

**3.133  Nonpriority creditor's name and mailing address**

JP MARKETING & CONSULTING, INC
Creditor Name

Creditor's Notice name

PO BOX 813
Address

| MOORESVILLE | NC | 28115 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/31/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                19,888.31
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.134  Nonpriority creditor's name and mailing address**

JUST WELL MACHINERY IND. CO.
Creditor Name

Creditor's Notice name

NO.88 DAZHOU RD  SHENGANG DIST
Address

| TAICHUNG | | 42941 |
|---|---|---|
| City | State | ZIP Code |

Taiwan
Country

**Date or dates debt was incurred**
1/9/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                39,888.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*  24-11055

**3.135  Nonpriority creditor's name and mailing address**

JUSTIN MURPHY

Creditor Name

Creditor's Notice name

110 NELSON ST

Address

| NEW PARIS | OH | 45347 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/21/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    109.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.136  Nonpriority creditor's name and mailing address**

KENDIK RUBBER & PLASTIC PRODUCTS CO.  INC.

Creditor Name

Creditor's Notice name

650 W 8TH ST

Address

| LANSDALE | PA | 19446-1810 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/18/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 15,964.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)* 24-11055

**3.137 Nonpriority creditor's name and mailing address**

KENSINGTON MEDICAL

Creditor Name

Creditor's Notice name

HOLDINGS LLC

Address

1300 E UPAS AVE

| MCALLEN | TX | 78501 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/18/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 23,252.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.138 Nonpriority creditor's name and mailing address**

KOALA KARE PRODUCTS

Creditor Name

Creditor's Notice name

6982 S QUENTIN ST

Address

| CENTENNIAL | CO | 80112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/5/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 31,956.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*  24-11055

**3.139 Nonpriority creditor's name and mailing address**

KOORSEN FIRE & SECURITY

Creditor Name

Creditor's Notice name

2719 N ARLINGTON AVE.

Address

| INDIANAPOLIS | IN | 46218 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                240.47

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.140 Nonpriority creditor's name and mailing address**

KUEHNE + NAGEL INC.

Creditor Name

Creditor's Notice name

10 EXCHANGE PLACE, 19TH FLOOR

Address

| JERSEY CITY | NJ | 07302 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/12/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             13,165.85

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.141 Nonpriority creditor's name and mailing address**

LARGENT SALES GROUP LLC
Creditor Name

Creditor's Notice name

46620 SR162 P O BOX 99
Address

| WELLINGTON | OH | 44090 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/24/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    13,352.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.142 Nonpriority creditor's name and mailing address**

LEASE DIRECT
Creditor Name

Creditor's Notice name

DE LAGE LANDEN FINANCIAL SERVI
Address

PO BOX 824018

| PHILADELPHIA | PA | 19182-4018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/26/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                    2,226.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Impact Products, LLC

Name

Case number *(if known)*    24-11055

**3.143** **Nonpriority creditor's name and mailing address**

LIAONING SHANGWEI MEDICAL PROD

Creditor Name

Creditor's Notice name

CHENGIVAN DEV. ZONE

Address

DIAOBINGSHAN

| TIELING | | 112700 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

1/22/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    116,549.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.144** **Nonpriority creditor's name and mailing address**

LIFECARE INC

Creditor Name

Creditor's Notice name

2 ARMSTRONG ROAD

Address

| SHELTON | CT | 6484 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/12/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    1,900.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

| Debtor: | Impact Products, LLC | | Case number *(if known)*: | 24-11055 |
|---|---|---|---|---|
| | Name | | | |

**3.145 Nonpriority creditor's name and mailing address**

LINCOLN INTERNATIONAL
Creditor Name

Creditor's Notice name

FREIGHT SERVICES INC
Address

129 MAIN STREET SOUTH

| GEORGETOWN | ON | L7G 3E5 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

4/15/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              1,450.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.146 Nonpriority creditor's name and mailing address**

LINYI CHANGSHENG PAPER CO.,LTD
Creditor Name

Creditor's Notice name

Heihudun Village
Address

Ceshan Subdistrict

Luozhuang District

| LINYI | | 276000 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

1/5/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $             63,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Impact Products, LLC

Case number *(if known)*   24-11055

Name

**3.147** **Nonpriority creditor's name and mailing address**

LOCKREY MANUFACTURING

Creditor Name

Creditor's Notice name

203 MATZINGER RD

Address

| TOLEDO | OH | 43612 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/8/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,481.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.148** **Nonpriority creditor's name and mailing address**

LOGILITY INC.

Creditor Name

Creditor's Notice name

P O BOX 101743

Address

| ATLANTA | GA | 30392 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/20/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 480.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC
Name

Case number *(if known)*: 24-11055

**3.149 Nonpriority creditor's name and mailing address**

LOWES BUILDING SERVICES
Creditor Name

Creditor's Notice name

PO BOX 465
Address

| TEMPERANCE | MI | 48182 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/26/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 172.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.150 Nonpriority creditor's name and mailing address**

MADHOUSE CREATIVE LLC
Creditor Name

Creditor's Notice name

436 13TH ST
Address

| TOLEDO | OH | 43604 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/27/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,757.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*    24-11055

**3.151** | **Nonpriority creditor's name and mailing address**

MAGELLAN HEALTHCARE INC

Creditor Name

Creditor's Notice name

8621 ROBERT FULTON DRIVE

Address

| COLUMBIA | MD | 21046 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/8/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,522.05

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.152** | **Nonpriority creditor's name and mailing address**

MAGNITUDE SOFTWARE, INC.

Creditor Name

Creditor's Notice name

PO BOX 3577, DEPT. H

Address

| SEATTLE | WA | 98124-3577 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/31/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    513.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*:  24-11055

**3.153** **Nonpriority creditor's name and mailing address**

MAINTENANCE ONE, INC.

Creditor Name

Creditor's Notice name

PO BOX 8984

Address

| NEW HAVEN | CT | 6532 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/23/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $            3,274.12

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.154** **Nonpriority creditor's name and mailing address**

MALISH CORP

Creditor Name

Creditor's Notice name

7333 CORPORATE BOULEVARD

Address

| MENTOR | OH | 44060 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/2/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $            4,471.17

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Impact Products, LLC

Case number *(if known)*    24-11055

---

**3.155** **Nonpriority creditor's name and mailing address**

MAL'S AUTO & TRUCK REPAIR INC

Creditor Name

Creditor's Notice name

6 CENTER RD

Address

PO BOX 586

OLD SAYBROOK          CT          6475

City          State          ZIP Code

Country

**Date or dates debt was incurred**

4/11/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    6,076.45
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

---

**3.156** **Nonpriority creditor's name and mailing address**

MAR-BAL INCORPORATED

Creditor Name

Creditor's Notice name

PO BOX 72318

Address

CLEVELAND          OH          44192-0002

City          State          ZIP Code

Country

**Date or dates debt was incurred**

3/28/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    5,297.88
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 132 of 199

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

Name

**3.157 Nonpriority creditor's name and mailing address**

MCDONALD HOPKINS LLC

Creditor Name

Creditor's Notice name

SUITE 2100

Address

600 SUPERIOR AVE, E

| CLEVELAND | OH | 44114 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

7/17/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 16,402.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.158 Nonpriority creditor's name and mailing address**

MELLOCRAFT COMPANY

Creditor Name

Creditor's Notice name

1801 HOWARD ST

Address

| DETROIT | MI | 48216 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/10/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,374.88

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC
_____
Name

Case number *(if known)*    24-11055
_____

**3.159  Nonpriority creditor's name and mailing address**

METLIFE LEGAL PLANS INC
_____
Creditor Name

_____
Creditor's Notice name

DEPT 781523
_____
Address

PO BOX 78000
_____

_____

| DETROIT | MI | 48278-1523 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
5/15/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                330.75
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.160  Nonpriority creditor's name and mailing address**

MISSISSIPPI FIRE
_____
Creditor Name

_____
Creditor's Notice name

PO BOX 15122
_____
Address

_____

| HATTIESBURG | MS | 39404 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
5/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                384.13
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

Name

**3.161** **Nonpriority creditor's name and mailing address**

MOERMAN AMERICAS INC
Creditor Name

Creditor's Notice name

1000 PARKWOOD CIRCLE
Address

SUITE 900

| ATLANTA | GA | 30339 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/6/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $    18,740.77
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.162** **Nonpriority creditor's name and mailing address**

MONAHAN PARTNERS
Creditor Name

Creditor's Notice name

200 N OAK STREET
Address

| ARCOLA | IL | 61910 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/26/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $    6,624.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.163 Nonpriority creditor's name and mailing address**

MOTION INDUSTRIES  INC.
Creditor Name

Creditor's Notice name

6010 SKYVIEW DR
Address

| TOLEDO | OH | 43612 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/30/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              1,469.14
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.164 Nonpriority creditor's name and mailing address**

MR SIPPI BEVERAGES
Creditor Name

Creditor's Notice name

PO BOX 16492
Address

| HATTIESBURG | MS | 39404 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/2/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                97.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

---

**3.165 Nonpriority creditor's name and mailing address**

MSC INDUSTRIAL SUPPLY CO INC.
Creditor Name

Creditor's Notice name

3024 AIRPORT HIGHWAY
Address

| TOLEDO | OH | 43609-1406 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/26/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,496.11
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.166 Nonpriority creditor's name and mailing address**

MUNROE DESIGN GROUP INC
Creditor Name

Creditor's Notice name

121 SOUTH BROAD ST
Address

SUITE 1900

| PHILADELPHIA | PA | 19107 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/30/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 614.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:   Impact Products, LLC

Case number *(if known)*   24-11055

**3.167** **Nonpriority creditor's name and mailing address**

N J MALIN & ASSOCIATES LLC

Creditor Name

Creditor's Notice name

dba MALIN

Address

15870 MIDWAY RD

| ADDISON | TX | 75001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/24/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                   574.46
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.168** **Nonpriority creditor's name and mailing address**

NATIONAL SERVICE ALLIANCE LLC

Creditor Name

Creditor's Notice name

532 PATTERSON AVE, STE 102

Address

| MOORESVILLE | NC | 28115 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/24/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 46,498.91
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.169 Nonpriority creditor's name and mailing address**

NAZDAR COMPANY-NORTHEAST
Creditor Name

Creditor's Notice name

P O BOX 71112
Address

| CHICAGO | IL | 60694-1112 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/10/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 608.80
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.170 Nonpriority creditor's name and mailing address**

NETWORK SERVICES COMPANY
Creditor Name

Creditor's Notice name

1400 AMERICAN LANE
Address

SUITE 300

| SCHAUMBURG | IL | 60173 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/22/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 37,615.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*:  24-11055

**3.171 Nonpriority creditor's name and mailing address**

NINGBO HOMELINK ECO-ITECH CO.,
Creditor Name

Name

Creditor's Notice name

JIAO CHUAN INDUSTRIAL PARK ZHE
Address

| NINGBO | | 315027 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**
4/12/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                14,404.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.172 Nonpriority creditor's name and mailing address**

NIXON TOOL CO., INC
Creditor Name

Creditor's Notice name

301 N 3RD STREET
Address

| RICHMOND | IN | 47374 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/9/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                   270.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*  24-11055

**3.173 Nonpriority creditor's name and mailing address**

NJ E-ZPASS

Creditor Name

Creditor's Notice name

PO BOX 4971

Address

| TRENTON | NJ | 8650 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/28/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                190.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.174 Nonpriority creditor's name and mailing address**

OASIS TRUCK TIRE SERVICE LLC

Creditor Name

Creditor's Notice name

231 LEDYARD STR.

Address

| HARTFORD | CT | 6114 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/26/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                334.38

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.175 Nonpriority creditor's name and mailing address**

OFF CONTACT INC.
Creditor Name

Creditor's Notice name

4756 W BANCROFT ST
Address

| TOLEDO | OH | 43615 |
|--------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/8/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,908.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.176 Nonpriority creditor's name and mailing address**

OFFICE DEPOT,LLC
Creditor Name

Creditor's Notice name

PO BOX 633204
Address

| CINNCINNATI | OH | 45263-3204 |
|-------------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/19/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,957.55
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC
Name

Case number *(if known)*    24-11055

**3.177** **Nonpriority creditor's name and mailing address**

OFFICE PRIDE
Creditor Name

Creditor's Notice name

3450 PRIDE BILLING SERVICES
Address

3450 EAST LAKE RD, STE 202

| PALM HARBOR | FL | 34685 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,590.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.178** **Nonpriority creditor's name and mailing address**

OMNITRACS LLC
Creditor Name

Creditor's Notice name

FILE NO 54210
Address

| LOS ANGELES | CA | 90074-4210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/10/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 242.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

---

**3.179** **Nonpriority creditor's name and mailing address**

OPEN TEXT
Creditor Name

Creditor's Notice name

9711 WASHINGTONIAN BLVD
Address

SUITE 700

| GATHERSBURG | MD | 20878 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/31/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 4,500.28
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.180** **Nonpriority creditor's name and mailing address**

OPHARDT HYGIENE
Creditor Name

Creditor's Notice name

TECHNOLOGIES INC
Address

4743 CHRISTIE DR

| BEAMSVILLE | ON | LOR 1B4 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**
12/6/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 14,855.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:  Impact Products, LLC

Case number *(if known)*    24-11055

**3.181  Nonpriority creditor's name and mailing address**

OVERHEAD DOOR CO. OF RICHMOND

Creditor Name

Creditor's Notice name

411 NORTHWEST F STREET

Address

| RICHMOND | IN | 47374 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/19/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    1,263.56

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑  No

☐  Yes

**3.182  Nonpriority creditor's name and mailing address**

PA TIN DA GROUP CO  LTD

Creditor Name

Creditor's Notice name

B306-406 CLOUD CITY

Address

NO. 1933 HUAGUAN RD

TIANHE DISTRICT

| GUANGZHOU | | 510663 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

3/16/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $    144,246.39

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑  No

☐  Yes

Debtor:  Impact Products, LLC
_____
Name

Case number *(if known)*    24-11055
_____

| | |
|---|---|
| **3.183** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 656,982.05 |
| PALMER LOGISTICS | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| HOU1028 | Goods and Services |
| Address | |
| PO BOX 650998 | |

| | | |
|---|---|---|
| DALLAS | TX | 75265-0998 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/1/24

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| | |
|---|---|
| **3.184** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 2,828.79 |
| PARACO GAS | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| PO BOX 412227 | **Basis for the claim:** |
| Address | Goods and Services |

| | | |
|---|---|---|
| BOSTON | MA | 02241-2227 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/25/24

**Last 4 digits of account**

**number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

---

**3.185** **Nonpriority creditor's name and mailing address**

PAX8, INC.
Creditor Name

Creditor's Notice name

550 S. QUEBEC STREET
Address

SUITE 350

| GREENWOOD VILLAGE | CO | 80111 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 14,489.76
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.186** **Nonpriority creditor's name and mailing address**

PAYTECH INC
Creditor Name

Creditor's Notice name

7979 E TUFTS AVE
Address

STE 1000

| DENVER | CO | 80237 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
12/26/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 780.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor:   Impact Products, LLC

Name

Case number *(if known)*     24-11055

**3.187** **Nonpriority creditor's name and mailing address**

PEARL RIVER VALLEY EPA

Creditor Name

Creditor's Notice name

PO BOX 1217

Address

| COLUMBIA | MS | 39429-1217 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/7/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 736.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.188** **Nonpriority creditor's name and mailing address**

PEGASUS TECHNOLOGY SOLUTIONS

Creditor Name

Creditor's Notice name

2611 INTERNET BLVD

Address

SUITE 115

| FRISCO | TX | 75034 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/26/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,828.63

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*    24-11055

**3.189 Nonpriority creditor's name and mailing address**

PENNYWISE OIL CO., INC.

Creditor Name

Creditor's Notice name

P.O. BOX 357

Address

| WESTBROOK | CT | 06498-0357 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/29/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                2,760.49

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.190 Nonpriority creditor's name and mailing address**

PENSKE TRUCK LEASING CO L P

Creditor Name

Creditor's Notice name

P O BOX 827380

Address

| PHILADELPHIA | PA | 19182-7380 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/29/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                7,438.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

| | |
|---|---|
| **3.191** | **Nonpriority creditor's name and mailing address** |

POHL LEASING, LLC

Creditor Name

Creditor's Notice name

PO BOX 45

Address

9297 MCGREEVEY ROAD

| VERSAILLES | OH | 45380 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| **3.192** | **Nonpriority creditor's name and mailing address** |

PRICEWATERHOUSECOOPERS LLP

Creditor Name

Creditor's Notice name

PO BOX 932011

Address

| ATLANTA | GA | 31193-2011 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/30/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*:  24-11055
Name

**3.193 Nonpriority creditor's name and mailing address**

PRIORITY PLASTICS INC
Creditor Name

Creditor's Notice name

500 INDUSTRIAL PARK RD.
Address

| | | |
|---|---|---|
| PORTLAND | IN | 47371-9399 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/29/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                58,380.42
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.194 Nonpriority creditor's name and mailing address**

PRO-PAK INDUSTRIES
Creditor Name

Creditor's Notice name

1125 FORD STREET
Address

| | | |
|---|---|---|
| MAUMEE | OH | 43537-1704 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/24/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                1,324.24
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number (if known): 24-11055

---

3.195 **Nonpriority creditor's name and mailing address**

PROSKAUER ROSE LLP
Creditor Name

Creditor's Notice name

11 TIMES SQUARE
Address

| NEW YORK | NY | 10036-8299 |
|----------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/6/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $           55,787.50
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.196 **Nonpriority creditor's name and mailing address**

PROTECTIVE INDUSTRIES
Creditor Name

Creditor's Notice name

dba CAPLUGS INC
Address

2150 ELMWOOD AVE

| BUFFALO | NY | 14207 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/11/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $             357.63
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor: Impact Products, LLC
Name

Case number (if known): 24-11055

**3.197 Nonpriority creditor's name and mailing address**

PT UNIVERSAL GLOVES
Creditor Name

Creditor's Notice name

JALAN PERTAHANAN NO 17
Address

PATUMBAK DELI SERDANG

| SUMATRA | | 20361 |
|---|---|---|
| City | State | ZIP Code |

Indonesia
Country

**Date or dates debt was incurred**
12/10/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,103,097.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.198 Nonpriority creditor's name and mailing address**

QUADIENT FINANCE USA INC
Creditor Name

Creditor's Notice name

D/B/A NEOFUNDS/TOTALFUNDS
Address

PO BOX 6813

| CAROL STREAM | IL | 60197-6813 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,335.59
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*:  24-11055

**3.199** **Nonpriority creditor's name and mailing address**

R2J2 INVESTMENTS LLC

Creditor Name

Creditor's Notice name

4810 WOODSIDE DR

Address

| RICHMOND | IN | 47674 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                19,542.34

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.200** **Nonpriority creditor's name and mailing address**

RAYEN HEALTHCARE PRODUCTS LTD

Creditor Name

Creditor's Notice name

BENCHENG TOWN LUANNAN COUNTY

Address

| TANGSHAN | | 63500 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

1/20/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              112,056.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:   Impact Products, LLC

Case number *(if known)*    24-11055

**3.201** **Nonpriority creditor's name and mailing address**

RAYMOND HANDLING SOLUTIONS INC

Creditor Name

Creditor's Notice name

IMPACT PRODUCTS

Address

1801 W. OLYMPIC BLVD

| PASADENA | CA | 91199-1700 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/29/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               23,358.79

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.202** **Nonpriority creditor's name and mailing address**

RDA ADVANTAGE

Creditor Name

Creditor's Notice name

ADVANTAGE MARKETING ASSOCIATES

Address

5808 S RAPP ST  220

| LITTLETON | CO | 80120 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/11/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               11,008.32

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC
Name

Case number *(if known)*    24-11055

**3.203 Nonpriority creditor's name and mailing address**

RECYCLING CENTER, INC.
Creditor Name

Creditor's Notice name

P.O. BOX 640749
Address

| CINCINNATI | OH | 45264-0749 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/10/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            6,031.67
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.204 Nonpriority creditor's name and mailing address**

REILLY FOAM CORPORATION
Creditor Name

Creditor's Notice name

751 FIFTH AVENUE
Address

| KING OF PRUSSIA, | PA | 19403 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/10/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            3,075.81
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.205** **Nonpriority creditor's name and mailing address**

RICHMOND HYDRAULIC SERVICE INC
Creditor Name

Creditor's Notice name

523 INDUSTRIAL PARKWAY
Address

| RICHMOND | IN | 47374 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/3/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 6,881.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.206** **Nonpriority creditor's name and mailing address**

RICHMOND POWER & LIGHT
Creditor Name

Creditor's Notice name

PO BOX 908
Address

| RICHMOND | IN | 47375-0908 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/10/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 676.66
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*    24-11055

**3.207** **Nonpriority creditor's name and mailing address**

RICHMOND SANITARY DISTRICT

Creditor Name

Creditor's Notice name

PO Box 308

Address

| Richmond | IN | 47375 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/26/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                337.30

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.208** **Nonpriority creditor's name and mailing address**

RITHUM HOLDINGS, INC

Creditor Name

Creditor's Notice name

RITHUM, LLC

Address

PO BOX 8990

| VIRGINIA BEACH | VA | 23450 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/31/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                423.78

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor:  Impact Products, LLC

Case number *(if known)*    24-11055

**3.209 Nonpriority creditor's name and mailing address**

RIVER CITY WOOD PRODUCTS LLC

Creditor Name

Creditor's Notice name

19885 DETROIT ROAD #200

Address

| ROCKY RIVER | OH | 44116 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/26/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                79,382.30

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.210 Nonpriority creditor's name and mailing address**

ROADONE INTERMODALOGISTICS

Creditor Name

Creditor's Notice name

PO BOX 674939

Address

| DETROIT | MI | 48267-4939 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/16/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $               146,460.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

Name

**3.211 Nonpriority creditor's name and mailing address**

RONALD CHO

Creditor Name

Creditor's Notice name

Address on File

Address

City | State | ZIP Code

Country

**Date or dates debt was incurred**

5/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,250.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.212 Nonpriority creditor's name and mailing address**

S&K PRODUCTS COMPANY

Creditor Name

Creditor's Notice name

4540 US 127

Address

CELINA | OH | 45822

City | State | ZIP Code

Country

**Date or dates debt was incurred**

4/4/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 557.96

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.213 Nonpriority creditor's name and mailing address**

SAUCIER PEST CONTROL
Creditor Name

Creditor's Notice name

18 SHYLO LANE
Address

| PURVIS | MS | 39475 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    35.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.214 Nonpriority creditor's name and mailing address**

SCOTT SMALLMAN
Creditor Name

Creditor's Notice name

dba S&K VINYL GRAPHICS
Address

6670 US 20 P O BOX 327

| METAMORA | OH | 43540 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/17/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 1,099.32
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.215 Nonpriority creditor's name and mailing address**

SHAMROCK MOLDED PRODUCTS
Creditor Name

Creditor's Notice name

1440 HOLLOWAY UNIT 2
Address

| HOLLAND | OH | 43528-8608 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    368,510.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.216 Nonpriority creditor's name and mailing address**

SHANDONG HENGSHEN HAIRUN MEDIC
Creditor Name

Creditor's Notice name

NO. 39, WEIQIAO ALUMINUM DEEP
Address

Processing Industrial Park

Processing Industrial Park

| ZOUPING | | 256206 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

12/19/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    364,191.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

---

**3.217** **Nonpriority creditor's name and mailing address**

SHANDONG HONGXIN CHEMICALS CO.
Creditor Name

Creditor's Notice name

NO. 10 XINJIAN WEST ROAD
Address

ZHOUCHUN DISTRICT

ZIBO
City                State                ZIP Code

China
Country

**Date or dates debt was incurred**

2/7/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                76,698.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.218** **Nonpriority creditor's name and mailing address**

SHANDONG SHANGWEI MEDICAL PRODUCTS CO., LTD
Creditor Name

Creditor's Notice name

SONGHUAJIANG RD, CAOXIAN
Address

SHANDONG PROVINCE, P.R. CHINA

HEZE                        274400
City                State                ZIP Code

China
Country

**Date or dates debt was incurred**

1/26/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                831,408.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Impact Products, LLC

Case number *(if known)*    24-11055

**3.219** **Nonpriority creditor's name and mailing address**

SHANGHAI INNOVATIVE TRADING CO

Creditor Name

Creditor's Notice name

NO 1937 BAOQIAN RD

Address

| SHANGHAI | | 201802 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

12/31/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 34,268.30

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.220** **Nonpriority creditor's name and mailing address**

SHANGHAI SHUXIAO INDUSTRY CO L

Creditor Name

Creditor's Notice name

BLDG 4, 168 HONG'AN RD

Address

JINSHAN DISTRICT

| SHANGHAI | | |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

3/16/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,054.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.221** **Nonpriority creditor's name and mailing address**

SHANGYU TIANYUAN
Creditor Name

Creditor's Notice name

LIANGHU INDUSTIAL PARK
Address

SHANGYU
City

State

ZIP Code

China
Country

**Date or dates debt was incurred**

11/17/23

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 37,145.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.222** **Nonpriority creditor's name and mailing address**

SHAOXING SHANGYU YINBANG LABOU
Creditor Name

Creditor's Notice name

FENGHUI TOWN
Address

SHANGYU
City

State

ZIP Code

China
Country

**Date or dates debt was incurred**

12/29/23

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 39,291.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

---

**3.223** **Nonpriority creditor's name and mailing address**

SHIJIAZHUANG HONGRAY GROUP
Creditor Name

Creditor's Notice name

NO 135 XINHUA WEST ROAD
Address

JINZHOU
City     State     ZIP Code

China
Country

**Date or dates debt was incurred**
10/28/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,330,727.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.224** **Nonpriority creditor's name and mailing address**

SHUMAKER  LOOP & KENDRICK
Creditor Name

Creditor's Notice name

1000 JACKSON
Address

TOLEDO     OH     43624
City     State     ZIP Code

Country

**Date or dates debt was incurred**
5/22/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 18,390.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor:  Impact Products, LLC
_____

Case number *(if known)*   24-11055
_____

**3.225** **Nonpriority creditor's name and mailing address**

SO CAL SANITATION LLC
_____
Creditor Name

_____
Creditor's Notice name

163 SIXTH AVE
_____
Address

_____

| CITY OF INDUSTRY | CA | 91746 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

5/16/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               372.90

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.226** **Nonpriority creditor's name and mailing address**

SODEXO
_____
Creditor Name

_____
Creditor's Notice name

P O BOX 360170
_____
Address

_____

| PHILADELPHIA | PA | 15251-6170 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

5/10/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             1,153.30

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services
_____

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.227 Nonpriority creditor's name and mailing address**

SOUTHERN CALIFORNIA EDISON
Creditor Name

Creditor's Notice name

PO BOX 300
Address

| ROSEMEAD | CA | 91772-0001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/10/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          3,321.97
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**
☒ No
☐ Yes

**3.228 Nonpriority creditor's name and mailing address**

SOUTHERN CONNECTICUT GAS COMPA
Creditor Name

Creditor's Notice name

PO BOX 847819
Address

| boston | MA | 02284-7819 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/13/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          4,292.47
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.229 Nonpriority creditor's name and mailing address**

SOUTHERN MOTOR CARRIER

Creditor Name

Creditor's Notice name

500 WESTPARK DRIVE

Address

| PEACHTREE CITY | GA | 30269 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              30,708.31

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.230 Nonpriority creditor's name and mailing address**

SPARKS GLOBAL MARKETING

Creditor Name

Creditor's Notice name

22 KEY HILL PL

Address

| LONDON | ON | N6G 2G4 |
|---|---|---|
| City | State | ZIP Code |

Canada

Country

**Date or dates debt was incurred**

1/30/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $              16,901.03

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*    24-11055

**3.231** **Nonpriority creditor's name and mailing address**

SPECTROTEL

Creditor Name

Creditor's Notice name

PO BOX 1949

Address

| NEWARK | NJ | 07101-1949 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/8/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 12,829.92

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.232** **Nonpriority creditor's name and mailing address**

SPS COMMERCE INC

Creditor Name

Creditor's Notice name

PO BOX 205782

Address

| DALLAS | TX | 75320-5782 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/18/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ 1,380.91

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

---

**3.233 Nonpriority creditor's name and mailing address**

STANDARD SANITATION SYS. INC.
Creditor Name

Creditor's Notice name

PO Box 69269
Address

| BALTIMORE | MD | 21264-9269 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
2/16/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,800.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.234 Nonpriority creditor's name and mailing address**

STATE OF WASHINGTON DEPT OF RE
Creditor Name

Creditor's Notice name

PO BOX 47462
Address

| OLYMPIA | WA | 98504 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/13/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,699.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page 171 of 199

Debtor: Impact Products, LLC

Case number *(if known)* 24-11055

**3.235 Nonpriority creditor's name and mailing address**

STEAM LOGISTICS
Creditor Name

Creditor's Notice name

325 Market Street
Address

Suite 204

| Chattanooga | TN | 37402 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/21/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 154,932.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.236 Nonpriority creditor's name and mailing address**

STERICYCLE, INC.
Creditor Name

Creditor's Notice name

2355 WAUKEGAN RD
Address

| BANNOCKBURN | IL | 60015 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/2/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 31.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC
Name

Case number *(if known)*    24-11055

**3.237  Nonpriority creditor's name and mailing address**

STERLING MECHANICAL
Creditor Name

Creditor's Notice name

320 N BRUNELL
Address

| WAUSEON | OH | 43567 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/22/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $         1,009.25
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

**3.238  Nonpriority creditor's name and mailing address**

STEVENS DISPOSAL &
Creditor Name

Creditor's Notice name

RECYCLING SERVICE
Address

P O BOX 500

| TEMPERANCE | MI | 48182 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/10/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $          264.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒  No

☐  Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*     24-11055

**3.239 Nonpriority creditor's name and mailing address**

SUN&L CO.,LTD

Creditor Name

Creditor's Notice name

396 YEONGSANDOCHEON-RO

Address

YEONGSAN-MYEON

CHANGNYEONG-GUN

| KUNSHAN | | 215314 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

3/13/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                     38,750.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.240 Nonpriority creditor's name and mailing address**

SUNBELT RENTALS

Creditor Name

Creditor's Notice name

1081 GEIL DR

Address

| GRANITE CITY | IL | 62040 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/16/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                       6,689.53

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.241 Nonpriority creditor's name and mailing address**

SUNBURST TRUCK LINES, INC.
Creditor Name

Creditor's Notice name

5121A OATES RD
Address

| HOUSTON | TX | 77013 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 54,287.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.242 Nonpriority creditor's name and mailing address**

SUPERIOR OFFICE PRODUCTS INC
Creditor Name

Creditor's Notice name

14721 CARMENITA RD
Address

| NORWALK | CA | 90650 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/14/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 184.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.243** **Nonpriority creditor's name and mailing address**

SWEITZER WASTE REMOVAL
Creditor Name

Creditor's Notice name

PO BOX 1340
Address

| MADISON | CT | 6443 |
|---------|-----|------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/1/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              2,984.48
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.244** **Nonpriority creditor's name and mailing address**

TAICANG UNION CLEAN CO., LTD
Creditor Name

Creditor's Notice name

NO 80 SHALU RD, HUNGJING TOWN
Address

| TAICANG | | 215427 |
|---------|-----|------|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

12/31/23

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $            213,089.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC
_____
Name

Case number *(if known)* 24-11055

---

**3.245 Nonpriority creditor's name and mailing address**

TANGSHAN HONGYE PLASTIC PRODUC
_____
Creditor Name

_____
Creditor's Notice name

LUANNE COUNTY
_____
Address

TANGSHAN
_____

_____

TANGSHAN
_____
City                State          ZIP Code

China
_____
Country

**Date or dates debt was incurred**

1/31/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 37,606.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.246 Nonpriority creditor's name and mailing address**

TAYLOR WAREHOUSE CORP
_____
Creditor Name

_____
Creditor's Notice name

9756 INTERNATIONAL BLVD
_____
Address

_____

CINCINNATI        OH            45246
_____
City                State          ZIP Code

_____
Country

**Date or dates debt was incurred**

3/29/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 53,412.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Impact Products, LLC
Name

Case number *(if known)*    24-11055

**3.247** **Nonpriority creditor's name and mailing address**

TENNANT SALES AND SERVICE CO
Creditor Name

Creditor's Notice name

PO BOX 1452
Address

701 NORTH LILAC DR

| MINNEAPOLIS | MN | 55440-1452 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/22/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            616.21
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.248** **Nonpriority creditor's name and mailing address**

TI PARCEL SOLUTIONS, INC
Creditor Name

Creditor's Notice name

P.O. BOX 845207
Address

| BOSTON | MA | 02284-5207 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          3,090.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)* 24-11055

**3.249 Nonpriority creditor's name and mailing address**

TIERPOINT LLC

Creditor Name

Creditor's Notice name

12444 POWWERSCOURT DR

Address

STE 450

| ST LOUIS | MO | 63131 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,207.78

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.250 Nonpriority creditor's name and mailing address**

TISSUE PROTECTIVE PRODUCTS

Creditor Name

Creditor's Notice name

NO 28TH TIANXIAN AVE

Address

TIANMEN INDUSTRIAL PARK

| TIANMEN | | 431700 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

11/25/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 127,906.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

_____
Name

Case number *(if known)*: 24-11055

---

**3.251** **Nonpriority creditor's name and mailing address**

TOLEDO WAREHOUSING
_____
Creditor Name

_____
Creditor's Notice name

SOLUTIONS LLC
_____
Address

300 PHILLIPS AVE
_____

| TOLEDO | OH | 43612 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

4/26/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                8,153.02
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**3.252** **Nonpriority creditor's name and mailing address**

TOP GLOVE SDN BHD
_____
Creditor Name

_____
Creditor's Notice name

LOT 4968 JALAN TERATAI BATU 6
_____
Address

OFF JALAN MERU  SELANGOR D.E
_____

| SELANGOR | | 41050 |
|---|---|---|
| City | State | ZIP Code |

Thailand
_____
Country

**Date or dates debt was incurred**

2/28/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                57,640.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services
_____

**Is the claim subject to offset?**

☒ No

☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Impact Products, LLC

Case number *(if known)* 24-11055

**3.253** **Nonpriority creditor's name and mailing address**

TOPCO
Creditor Name

Creditor's Notice name

PO BOX 96002
Address

CHICAGO | IL | 60693-6002
City | State | ZIP Code

Country

**Date or dates debt was incurred**
12/31/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 64,682.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.254** **Nonpriority creditor's name and mailing address**

TOTAL PROMOTIONS INC
Creditor Name

Creditor's Notice name

1340 OLD SKOKIE ROAD
Address

HIGHLAND PARK | IL | 60035
City | State | ZIP Code

Country

**Date or dates debt was incurred**
12/19/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,095.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*    24-11055

**3.255 Nonpriority creditor's name and mailing address**

TRANSAMERICA

Creditor Name

Creditor's Notice name

RETIREMENT SOLUTIONS

Address

1150 SOUTH OLIVE ST

| LOS ANGELES | CA | 90015-2211 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/14/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              14,300.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.256 Nonpriority creditor's name and mailing address**

TRIAD TECHNOLOGIES LLC

Creditor Name

Creditor's Notice name

985 FALLS CREEK DR

Address

| VANDALIA | OH | 45377 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/29/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $               4,058.33

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Name

Case number *(if known)*    24-11055

**3.257** **Nonpriority creditor's name and mailing address**

U.S.BANK EQUIPMENT FINANCE

Creditor Name

Creditor's Notice name

1310 MADRID STREET

Address

SUITE 101

| MARSHALL | MN | 56258-4002 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/9/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              11,996.34

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.258** **Nonpriority creditor's name and mailing address**

ULINE

Creditor Name

Creditor's Notice name

PO BOX 88741

Address

| CHICAGO | IL | 60680-1741 |
|---------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/15/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $               3,118.48

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number (if known): 24-11055

**3.259 Nonpriority creditor's name and mailing address**

UNGER ENTERPRISES INC
Creditor Name

Creditor's Notice name

425 ASYLUM ST
Address

| BRIDGEPORT | CT | 6610 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/25/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    9,464.88
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.260 Nonpriority creditor's name and mailing address**

UNICO PROPERTIES LLC
Creditor Name

Creditor's Notice name

LOCATION CODE: 130
Address

PO BOX 2150

| Spokane | WA | 99210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
5/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    12,177.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)* 24-11055

**3.261** **Nonpriority creditor's name and mailing address**

UPS
Creditor Name

Creditor's Notice name

PO BOX 809488
Address

| CHICAGO | IL | 60680-9488 |
|---------|-----|------------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
4/19/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                42,065.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.262** **Nonpriority creditor's name and mailing address**

VARSITY LOGISTICS  INC.
Creditor Name

Creditor's Notice name

ONE PARKWAY NORTH  SUITE 400S
Address

| DEERFIELD | IL | 60015 |
|-----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**
3/31/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                 1,057.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)* 24-11055

**3.263 Nonpriority creditor's name and mailing address**

VERIZON

Creditor Name

Creditor's Notice name

PO BOX 489

Address

| NEWARK | NJ | 07101-0489 |
|--------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/15/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 970.46

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.264 Nonpriority creditor's name and mailing address**

VESTIGE DIGITAL INVESTIGATIONS

Creditor Name

Creditor's Notice name

23 PUBLIC SQ., STE 250

Address

| MEDINA | OH | 44256 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/30/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 102.33

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)* 24-11055

**3.265** **Nonpriority creditor's name and mailing address**

VICKIE TINER LEWIS

Creditor Name

Creditor's Notice name

PO BOX 108

Address

| PURVIS | MS | 39475 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/30/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 3,700.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.266** **Nonpriority creditor's name and mailing address**

VIRTUAL TRANSPORTATION MGMNT

Creditor Name

Creditor's Notice name

2027 OTIS DR.

Address

APT D

| ALAMEDA | CA | 94501-5656 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/22/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 1,484,226.02

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number (if known): 24-11055

**3.267** **Nonpriority creditor's name and mailing address**

VL SOLUTIONS LLC
Creditor Name

Creditor's Notice name

47 VIOLET CT
Address

| MONROE TOWNSHIP | NJ | 8831 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/25/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                6,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.268** **Nonpriority creditor's name and mailing address**

W.B. MASON COMPANY INC
Creditor Name

Creditor's Notice name

PO BOX 981101
Address

| BOSTON | MA | 02298-1101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

1/18/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                7,867.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC
_____
Name

Case number *(if known)*   24-11055
_____

**3.269 Nonpriority creditor's name and mailing address**

WALTHAM SERVICES, LLC
Creditor Name

_____
Creditor's Notice name

PO BOX 540538
Address

| WALTHAM | MA | 02454-0538 |
|---------|-----|-----------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
5/3/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            648.57
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**
☒ No

☐ Yes

**3.270 Nonpriority creditor's name and mailing address**

WATTSAVER LIGHTING PRODUCTS
Creditor Name

_____
Creditor's Notice name

22 THOMAS ST
Address

| EAST HARTFORD | CT | 6108 |
|---------------|-----|------|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**
4/10/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            473.63
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**
☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.271 Nonpriority creditor's name and mailing address**

WAYNE COUNTY TREASURER

Creditor Name

Creditor's Notice name

401 E MAIN ST

Address

| RICHMOND | IN | 47374 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

4/10/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 38,807.77

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.272 Nonpriority creditor's name and mailing address**

WELLS FARGO VENDOR FINANCIAL S

Creditor Name

Creditor's Notice name

PO BOX 070241

Address

| PHILADELPHIA | PA | 19176-0241 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

5/7/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 90.85

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*    24-11055

**3.273** **Nonpriority creditor's name and mailing address**

WHITACRE LOGISTICS LLC

Creditor Name

Creditor's Notice name

12602 S DIXIE HWY

Address

| PORTAGE | OH | 43451 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

3/29/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    7,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

**3.274** **Nonpriority creditor's name and mailing address**

WORLDCHAMP ENTERPRISES LTD

Creditor Name

Creditor's Notice name

FLAT/RM 01-05 18/F

Address

HUA QIN INTERNATIONAL BLDG

340 QUEEN'S ROAD CENTRAL

| HONG KONG | | |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

1/1/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    28,240.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Impact Products, LLC

Name

Case number *(if known)* 24-11055

**3.275 Nonpriority creditor's name and mailing address**

WORLDWIDE INTEGRATED RESOURCES Inc.

Creditor Name

Creditor's Notice name

7171 TELEGRAPH RD

Address

| MONTEBELLO | CA | 90640 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

11/28/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                185,141.28

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.276 Nonpriority creditor's name and mailing address**

WR MARKETING INC

Creditor Name

Creditor's Notice name

1580 NORTHWEST HIGHWAY

Address

SUITE 320

| PARK RIDGE | IL | 60068 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

2/29/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                15,418.92

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*   24-11055

| | |
|---|---|
| 3.277 | **Nonpriority creditor's name and mailing address** |

XIANTAO CROSSCARE PRODUCTS

Creditor Name

Creditor's Notice name

168#XINMING RD

Address

GAOJIADU VILLAGE

| XIANTAO | | 433000 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

12/21/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    423,822.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

| | |
|---|---|
| 3.278 | **Nonpriority creditor's name and mailing address** |

XIANTAO DEMING HEALTHCARE PRODUCTS CO LTD

Creditor Name

Creditor's Notice name

NO. 198 PENGCHEANG AVE

Address

PENGCHANG TOWN

| XIANTAO | | 433000 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

12/14/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    390,486.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

---

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

**3.279 Nonpriority creditor's name and mailing address**

XIANTAO HONGLI PLASTIC PRODUCT
Creditor Name

Creditor's Notice name

NO. 206 SOUTH OF PENGCHANG AVE
Address

PENGCHANG TOWN

XIANTAO
City            State         ZIP Code

China
Country

**Date or dates debt was incurred**

11/25/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 170,954.95
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.280 Nonpriority creditor's name and mailing address**

XIANTAO MAOSHENG PLASTIC
Creditor Name

Creditor's Notice name

XINLIRENKOU INDUSTRIAL PK
Address

HUBEI CITY  CHINA 433000

XIANTAO
City            State         ZIP Code

China
Country

**Date or dates debt was incurred**

10/22/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 85,707.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC
Name

Case number *(if known)*: 24-11055

**3.281 Nonpriority creditor's name and mailing address**

XIANTAO YILIN PROTECTIVE PROD
Creditor Name

Creditor's Notice name

NO. 19
Address

JIANSHE ROAD

PENGCHANG AVE

| XIANTAO | | 43300 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

10/13/23

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 292,538.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.282 Nonpriority creditor's name and mailing address**

ZHANGJIAGANG JIAWEN PLASTIC
Creditor Name

Creditor's Notice name

PRODUCTS FACTORY
Address

NO197 SHUANGLONG RD

FENGHUANG TOWN

| ZHONGJIANCHA NG | | 215614 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**

1/1/24

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 137,057.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC

Case number *(if known)*: 24-11055

Name

**3.283 Nonpriority creditor's name and mailing address**

ZHEJIANG MINGYUE PACKAGING CO. LTD

Creditor Name

Creditor's Notice name

NO 889 OF SHUGUANGE RD

Address

LIUSHI TOWN

| ZHEJIANG | | 322000 |
|---|---|---|
| City | State | ZIP Code |

China

Country

**Date or dates debt was incurred**

1/30/24

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 28,250.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

**3.284 Nonpriority creditor's name and mailing address**

ZHONG XIN YA TAI VIET NAM CO.,

Creditor Name

Creditor's Notice name

LOT L1. 9A SON INDUSTRIAL ZONE

Address

NGOC XUYEN WARD

| HAIPHONG | | 18000 |
|---|---|---|
| City | State | ZIP Code |

Viet Nam

Country

**Date or dates debt was incurred**

11/3/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 42,571.95

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor: Impact Products, LLC
Name

Case number *(if known)*: 24-11055

**3.285 Nonpriority creditor's name and mailing address**

ZHONGHONG PULIN MEDICAL PRODUCTS CO LTD
Creditor Name

Creditor's Notice name

WEST INDUSTRIAL ZONE
Address

LUANNAN TANGSHAN

| TANGSHAN | | 63500 |
|---|---|---|
| City | State | ZIP Code |

China
Country

**Date or dates debt was incurred**
11/16/23

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                2,143,314.30
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Goods and Services

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.
   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐ Not Listed. Explain | |
| Notice Name | | |
| Street | | |
| | | |
| City          State          ZIP Code | | |
| Country | | |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|   |   |   |   | Total of claim amounts |
|---|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ | 3,261,949.90 |
| 5b. | **Total claims from Part 2** | 5b. **+** | $ | 28,657,878.01 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 31,919,827.91 |

**Fill in this information to identify the case:**

Debtor Name: In re : Impact Products, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-11055 (BLS)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1.**  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** **State what the contract or lease is for and the nature of the debtor's interest** — Warehouse Lease Agreement between 1 Polymer Source, Inc., and Supply Source Enterprises | 1 Polymer Source, Inc. <br> Name |
| | Notice Name |
| | PO BOX 1233 <br> Address |
| **State the term remaining** — Evergreen | |
| **List the contract number of any government contract** | |
| | RICHMOND  IN  47375 <br> City  State  ZIP Code |
| | Country |
| **2.2** **State what the contract or lease is for and the nature of the debtor's interest** — Manufacturer's Representative Agreement between 3E Group and Impact Products, LLC and Safety Zone, LLC | 3E Group <br> Name |
| | Notice Name |
| | Luis Carlos Encinas <br> Address |
| **State the term remaining** | San Pedro 116 |
| **List the contract number of any government contract** | Colonia Haciendas del Campestr |
| | Leon  FC  37170 <br> City  State  ZIP Code |
| | Mexico <br> Country |

Debtor:  Impact Products, LLC
_____
Name

Case number *(if known)*    24-11055
_____

| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement between ADP and Supply Source Enterprises, Inc. | ADP, LLC |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 ADP BLVD. |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |

| ROSELAND | NJ | 7068 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease agreement entered on May 23, 2022, and First Amendment to Lease Contract between All Coast Logistics and Warehousing Inc., and Supply Source Enterprises (Richmond) | All Coast Logistics and Warehousing, Inc. |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1751 SHERIDAN ST |
| | **State the term remaining** | 7/31/2027 | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| RICHMOND | IN | 47374 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | Rental Agreement between Andersen Material Handling and Supply Source Enterprises, Inc. | Andersen Material Handling |
| --- | --- | --- | --- |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 30575 ANDERSEN CT. |
| | **State the term remaining** | 5/12/24 & 5/13/24 | Address |
| | | | |
| | **List the contract number of any government contract** | | |

| WIXOM | MI | 48393-1015 |
| --- | --- | --- |
| City | State | ZIP Code |

Country

Debtor: Impact Products, LLC
Name

Case number (if known): 24-11055

2.6 **State what the contract or lease is for and the nature of the debtor's interest**

Rental Agreement between Banana Products and Supply Source Enterprises, Inc.

Banana Products
Name

Notice Name

111 CONGRESS AVE #500
Address

**State the term remaining** 2/28/2023

**List the contract number of any government contract**

| AUSTIN | TX | 78701 |
|---|---|---|
| City | State | ZIP Code |

Country

2.7 **State what the contract or lease is for and the nature of the debtor's interest**

Yearly Subscription Renewal Order form between Boomi, LP and Supply Source Enterprises, Inc.

Boomi, LP
Name

Notice Name

1400 LIBERTY RIDGE DRIVE
Address

SUITE 200

**State the term remaining** 4/20/2025

**List the contract number of any government contract**

| CHESTERBROOK | PA | 19087 |
|---|---|---|
| City | State | ZIP Code |

Country

2.8 **State what the contract or lease is for and the nature of the debtor's interest**

Equipment Lease between Canon Financial Services, Inc. and Supply Source Enterprises, Inc.

Canon Financial Services, Inc.
Name

Notice Name

14904 COLLECTIONS CENTER DR
Address

**State the term remaining**

**List the contract number of any government contract**

| CHICAGO | IL | 60693-0149 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Impact Products, LLC
Name

Case number (if known): 24-11055

| | | | |
|---|---|---|---|
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease agreement entered on August 1, 2023 between 2840 Centennial Road LLC, 367 Arco Drive, LLC, and Impact Products LLC (Toledo) | Centennial Road LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO BOX 457 |
| | **State the term remaining** | 9/30/2024 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | SYLVANIA    OH    43623 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Order form between Concur Technologies, Inc. and Supply Source Enterprises, Inc. | Concur Technologies, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 601 108TH AVE NE |
| | **State the term remaining** | | Address |
| | | | SUITE 1000 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | BELLEVUE    WA    98004 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease agreement entered on October 5, 2023, between CPT Caballero Industrial II LLC and The Safety Zone, LLC (Buena Park) | CPT Caballero Industrial II LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | BLDG ID: HCZ002 |
| | **State the term remaining** | 6/30/2029 | Address |
| | | | PO BOX 209427 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | AUSTIN    TX    78720-9281 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Impact Products, LLC
Name

Case number *(if known):*    24-11055

**2.12** **State what the contract or lease is for and the nature of the debtor's interest**

Monthly subscription arrangements between DUO Security and Supply Source Enterprises, Inc.

Duo Security LLC
Name

Notice Name

123 N Ashley St
Address

**State the term remaining**

**List the contract number of any government contract**

| Ann Arbor | MI | 48104 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.13** **State what the contract or lease is for and the nature of the debtor's interest**

Subscription Agreement between Ecmarket inc. and Supply Source Enterprises, Inc.

Ecmarket inc. (Conexiom)
Name

Notice Name

1400-1140 WEST PENDER ST
Address

**State the term remaining**    Evergreen

**List the contract number of any government contract**

| VANCOUVER | BC | V6E4G1 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**2.14** **State what the contract or lease is for and the nature of the debtor's interest**

Lease agreement with Envirotech for offside storage facility in Richmond, IN

Envirotech
Name

Notice Name

Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Impact Products, LLC
Name

Case number (if known): 24-11055

**2.15** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement entered on September 1, 2023 between e|spaces nations, Inc. and Supply Source Nations (Nashville E-Spaces)

Espaces Nations, Inc.
Name

Notice Name

4900 CENTENNIAL BLVD
Address

**State the term remaining**

SUITE 300

**List the contract number of any government contract**

| NASHVILLE | TN | 37209 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.16** **State what the contract or lease is for and the nature of the debtor's interest**

Lease agreement entered between Seidman Essex Realty LLC, and The Safety Zone, LLC (Essex)

Essex Realty LLC
Name

Notice Name

PO BOX 2048
Address

**State the term remaining**

**List the contract number of any government contract**

| GRUNDY | VA | 24614 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.17** **State what the contract or lease is for and the nature of the debtor's interest**

Managed through an Enterprise agreement between CoreTrust Purchasing Group LLC and Supply Source Enterprises, Inc.

FedEx
Name

Notice Name

FEDEX LOCKBOX 360353
Address

500 ROSS STREET

**State the term remaining**

**List the contract number of any government contract**

| PITTSBURGH | PA | 15262 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Impact Products, LLC
Name

Case number *(if known)*    24-11055

**2.18 State what the contract or lease is for and the nature of the debtor's interest**

Lease agreement between Flexprint LLC and Supply Source Enterprises, Inc.

Flexprint LLC
Name

Notice Name

PO BOX 790448
Address

**State the term remaining**

**List the contract number of any government contract**

| ST LOUIS | MO | 63179-0448 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.19 State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement between FuturMaster Ltd. And Supply Source Enterprises, Inc.; SAAS FM Cloud Services Agreement between FuturMaster and Supply Source Enterprises, Inc.

FuturMaster Ltd.
Name

Notice Name

APEX HOUSE, CALTHORPE ROAD
Address

**State the term remaining**    Evergreen

**List the contract number of any government contract**

| BIRMINGHAM | FC | B15 1TR |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

**2.20 State what the contract or lease is for and the nature of the debtor's interest**

Manufacturer's Representative Agreement between Gabriel Group, Inc. and Impact Products, LLC

Gabriel Group, Inc.
Name

Notice Name

601 5th STREET NW
Address

**State the term remaining**

SUITE 400

**List the contract number of any government contract**

| GRAND RAPIDS | MI | 49504 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Impact Products, LLC
Name

Case number *(if known)*: 24-11055

**2.21** **State what the contract or lease is for and the nature of the debtor's interest**

Sales Representative Agreement between Goetz, Inc. and Impact Products, LLC

Goetz, Inc.
Name

Notice Name

GOETZ INC.
Address

28806 N. Summit Springs Rd

**State the term remaining** Evergreen

**List the contract number of any government contract**

| Rio Verde | AZ | 85263 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.22** **State what the contract or lease is for and the nature of the debtor's interest**

Master Warehouse Service Agreement by and between Harris Distributing and Supply Source for offside storage facility in Richmond, IN

Harris Distributing
Name

Notice Name

4261 CRAWFORD AVENUE
Address

**State the term remaining**

**List the contract number of any government contract**

| CINCINNATI | OH | 45223 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.23** **State what the contract or lease is for and the nature of the debtor's interest**

Manufacturer's Representative Agreement between I&I Sales Group, LLC, DBA, Avision and Supply Source Enterprises, Inc.

I&I Sales Group, LLC, DBA, Avision
Name

Notice Name

I&I SALES GROUP
Address

PO BOX 947929

**State the term remaining** Evergreen

**List the contract number of any government contract**

LOCKBOX NUMBER 865929

| ATLANTA | GA | 30394-7929 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Impact Products, LLC
Name

Case number *(if known)*    24-11055

| | | |
|---|---|---|
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Original Software License and Support Agreements between Infor (US), Inc. and Impact Products, LLC, subsequently assigned to Supply Source Enterprises, Inc.; Annual Subscription based on licensing order form between Infor (US) LLC, and Impact Products, LLC |

INFOR (US), LLC
Name

Notice Name

NW 7418
Address

**State the term remaining**

PO BOX 1450

**List the contract number of**

**any government contract**

| MINNEAPOLIS | MN | 55485-7418 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | Sales Representation Contract between JP Marketing & Consulting and The Safety Zone, LLC |

JP Marketing & Consulting
Name

Notice Name

PO BOX 813
Address

**State the term remaining**    12/31/2023

**List the contract number of**

**any government contract**

| MOORESVILLE | NC | 28115 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter of Authorization between Kuehne + Nagel and Supply Source to negotiate and manage freight rates |

Kuehne + Nagel
Name

Notice Name

10 EXCHANGE PLACE, 19TH FLOOR
Address

**State the term remaining**

**List the contract number of**

**any government contract**

| JERSEY CITY | NJ | 07302 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Impact Products, LLC
Name

Case number (if known): 24-11055

| | | |
|---|---|---|
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | Manufacturer's Representative Agreement between L&Q Marketing and Impact Products, LLC and Safety Zone, LLC |

L&Q Marketing
Name

Notice Name

859 GARNET CIRCLE
Address

**State the term remaining**

**List the contract number of any government contract**

| WESTON | FL | 33326 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | Fixed Rate Agreement and Customs Power of Attorney between Safety Zone, LLC, and Laufer Group International Ltd. |

Laufer Group International Ltd.
Name

Notice Name

PO BOX 780977
Address

**State the term remaining**

**List the contract number of any government contract**

| PHILADELPHIA | PA | 19178-0977 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease agreement entered on October 1, 2015, between MALT PROPERTIES, LLC and Impact Products, LLC (Purvis) |

Malt Properties LLC
Name

Notice Name

P.O. Box 287
Address

**State the term remaining**

**List the contract number of any government contract**

| Purvis | MS | 39475 |
|---|---|---|
| City | State | ZIP Code |

Country

| Debtor: | Impact Products, LLC | Case number *(if known):* | 24-11055 |
|---|---|---|---|
| | Name | | |

| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | License agreement between Open Text Inc. and Impact Products, LLC; Services Schedule by and between Open Text Inc. and The Safety Zone, LLC; VAN Services Schedule between Open Text Inc. and Supply Source Enterprises Inc. | Open Text Inc. |
|---|---|---|---|

Name

Notice Name

9711 WASHINGTONIAN BLVD

| | **State the term remaining** | Evergreen | Address |
|---|---|---|---|

SUITE 700

| | **List the contract number of** | | |
|---|---|---|---|
| | **any government contract** | | |

| GATHERSBURG | MD | 20878 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease agreement entered on January 1, 2023, between Palmer Distribution Services, Inc, and the Safety Zone / Supply Source ((Houston) (Palmer)) | Palmer Distribution Services, Inc. |
|---|---|---|---|

Name

Notice Name

HOU1028

| | **State the term remaining** | | Address |
|---|---|---|---|

PO BOX 650998

| | **List the contract number of** | | |
|---|---|---|---|
| | **any government contract** | | |

| DALLAS | TX | 75265-0998 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease agreement entered on November 1, 2023, between Palmer Distribution Services, Inc, and Supply Source Enterprises Inc. ((Savannah) (Palmer)) | Palmer Distribution Services, Inc. T/A Palmer Logistics |
|---|---|---|---|

Name

Notice Name

HOU1028

| | **State the term remaining** | 9/15/2028 | Address |
|---|---|---|---|

PO BOX 650998

| | **List the contract number of** | | |
|---|---|---|---|
| | **any government contract** | | |

| DALLAS | TX | 75265-0998 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Impact Products, LLC
Name

Case number *(if known)*   24-11055

| | | | |
|---|---|---|---|
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Service Agreement between Pegasus Technology Solutions and Supply Source Enterprises, Inc. | Pegasus Technology Solutions |
| | | | Name |
| | | | |
| | | | Notice Name |
| | **State the term remaining** | Evergreen | 2611 INTERNET BLVD |
| | | | Address |
| | **List the contract number of** | | SUITE 115 |
| | **any government contract** | | |
| | | | |
| | | | FRISCO                  TX            75034 |
| | | | City                    State         ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | Vehicle Lease Service Agreement between Penske Truck Leasing Co., L.P. And The Safety Zone, LLC | Penske Truck Leasing Co., L.P. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | P O BOX 827380 |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | PHILADELPHIA            PA            19182-7380 |
| | | | City                    State         ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Software License and Support Agreement between Pindar North America, Inc. DBA Agility Multichannel and Supply Source Enterprises, Inc. | Pindar North America DBA Agility Multichannel, an insightsoftware company ("insightsoftware") |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | PO BOX 3577, DEPT. H |
| | **State the term remaining** | 10/31/2025 | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | SEATTLE                 WA            98124-3577 |
| | | | City                    State         ZIP Code |
| | | | |
| | | | Country |

Debtor: Impact Products, LLC
Name

Case number *(if known)*: 24-11055

| | | | |
|---|---|---|---|
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease agreement entered between Richmond Warehouse LLC, and The Safety Zone, LLC (Richmond) | Richmond Warehouse LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 29 SECOND AVENUE |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | WESTBROOK    CT    06409 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease agreement entered between S. Seidman Realty LLC, and The Safety Zone, LLC (Clinton) | S. Seidman Realty LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 385 LONG HILL RD |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | GUILFORD    CT    06437 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement between Safety Zone Resources SDN.NHD and The Safety Zone, LLC | Safety Zone Resources SDN.NHD |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | NO 47B JALAN SS2/75 |
| | **State the term remaining** | | Address |
| | | | 47300 PETALING JAYA |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | City    State    ZIP Code |
| | | | Malaysia |
| | | | Country |

Debtor: Impact Products, LLC
Name

Case number *(if known)*: 24-11055

**2.39 State what the contract or lease is for and the nature of the debtor's interest**

Yearly Subscription Order form between Salesforce.com, Inc. and Supply Source Enterprises, Inc.

Salesforce.com, inc.
Name

Notice Name

PO BOX 203141
Address

**State the term remaining** 11/14/2022

**List the contract number of any government contract**

| DALLAS | TX | 75320-3141 |
|--------|-----|------------|
| City | State | ZIP Code |

Country

**2.40 State what the contract or lease is for and the nature of the debtor's interest**

Lease agreement entered between Sandy Seidman Warehouse LLC, and The Safety Zone, LLC (New London)

Sandy Seidman Warehouse LLC
Name

Notice Name

PO Box 2048
Address

**State the term remaining**

**List the contract number of any government contract**

| GRUNDY | VA | 24614 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

**2.41 State what the contract or lease is for and the nature of the debtor's interest**

Lease agreement entered between Seidman Guilford Realty LLC, and The Safety Zone, LLC (Guilford)

Seidman Guilford Realty LLC
Name

Notice Name

PO Box 2048
Address

**State the term remaining**

**List the contract number of any government contract**

| GRUNDY | VA | 24614 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

Debtor: Impact Products, LLC
Name

Case number *(if known)*: 24-11055

| | | |
|---|---|---|
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement between Shanghai Soro Industrial Supply Co. Ltd., and The Safety Zone, LLC |

Shanghai Soro Industrial Supply Co. Ltd.
Name

Notice Name

BUILDING NO. 1 XINRUN ROAD
Address

**State the term remaining**    Evergreen

XINQIAO TOWN

**List the contract number of any government contract**

SONGJIANG
City                State        ZIP Code

China
Country

| | | |
|---|---|---|
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard SAAS Capacity Order form between Snowflake Technical Services and Supply Source Enterprises, Inc. |

Snowflake Inc.
Name

Notice Name

PO BOX 734951
Address

**State the term remaining**    3/21/2025

**List the contract number of any government contract**

DALLAS              TX           75373-4951
City                State        ZIP Code

Country

| | | |
|---|---|---|
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Manufacturer's Representative Agreement between Sparks Global Marketing and Impact Products, LLC |

Sparks Global Marketing
Name

Notice Name

22 KEY HILL PL
Address

**State the term remaining**

**List the contract number of any government contract**

LONDON              ON           N6G 2G4
City                State        ZIP Code

Canada
Country

Debtor: Impact Products, LLC
Name

Case number *(if known)*: 24-11055

---

**2.45** **State what the contract or lease is for and the nature of the debtor's interest**

Service agreement and Addendum number 1 to the Spectrotel Holding Company LLC Master Services Agreement between Spectrotel and Supply Source Enterprises, Inc.

Spectrotel
Name

Notice Name

PO BOX 1949
Address

| | | |
|---|---|---|
| NEWARK | NJ | 07101-1949 |
| City | State | ZIP Code |

Country

**State the term remaining** 4/1/2027

**List the contract number of any government contract**

---

**2.46** **State what the contract or lease is for and the nature of the debtor's interest**

Transportation Brokerage Agreement by and between Steam Logistics, LLC and Supply Source Enterprises, Inc.

Steam Logistics, LLC
Name

Notice Name

325 Market Street
Address

Suite 204

| | | |
|---|---|---|
| Chattanooga | TN | 37402 |
| City | State | ZIP Code |

Country

**State the term remaining** Evergreen

**List the contract number of any government contract**

---

**2.47** **State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement between Tierpoint, LLC and Supply Source Enterprises, Inc.

Tierpoint, LLC
Name

Notice Name

12444 POWWERSCOURT DR
Address

STE 450

| | | |
|---|---|---|
| ST LOUIS | MO | 63131 |
| City | State | ZIP Code |

Country

**State the term remaining**

**List the contract number of any government contract**

---

Debtor: Impact Products, LLC
Name

Case number *(if known):*  24-11055

---

**2.48** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease agreement entered on January 1, 2024 between Toledo Warehousing Solutions LLC and Impact Products LLC (Toledo)

Toledo Warehousing Solutions LLC
Name

Notice Name

SOLUTIONS LLC
Address

300 PHILLIPS AVE

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| TOLEDO | OH | 43612 |

Country

---

**2.49** | **State what the contract or lease is for and the nature of the debtor's interest** | Operating Agreement between TricorBraun Inc. and Supply Source Enterprises, Inc.

TricorBraun Inc.
Name

Notice Name

6 CITY PLACE DRIVE
Address

SUITE 1000

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| ST LOUIS | MO | 63141 |

Country

---

**2.50** | **State what the contract or lease is for and the nature of the debtor's interest** | Lease agreement entered on November 11, 2021 between Unico One Nashville Place, LLC and Supply Source Enterprises, Inc (Nashville)

Unico One Nashville Place, LLC
Name

Notice Name

LOCATION CODE: 130
Address

PO BOX 2150

**State the term remaining**  9/30/2027

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Spokane | WA | 99210 |

Country

---

Debtor: Impact Products, LLC
Name

Case number (if known): 24-11055

---

**2.51 State what the contract or lease is for and the nature of the debtor's interest**

Carrier agreement between United Parcel Service Inc., and Supply Source Enterprises, Inc.

United Parcel Service, Inc. (UPS)
Name

Notice Name

PO BOX 809488
Address

**State the term remaining** — Evergreen

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| CHICAGO | IL | 60680-9488 |

Country

---

**2.52 State what the contract or lease is for and the nature of the debtor's interest**

Master Services Agreement between Virtual Transportation Management and Supply Source Enterprises, Inc.

Virtual Transportation Management
Name

Notice Name

2027 OTIS DR.
Address

APT D

**State the term remaining** — 12/13/2021

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| ALAMEDA | CA | 94501-5656 |

Country

---

**2.53 State what the contract or lease is for and the nature of the debtor's interest**

Application Software License (including professional services and system support addendums) and Escrow Agreement between Interlink Technologies and Supply Source Enterprises, Inc.

WMS Solutions, Inc. DBA Interlink Technologies
Name

Notice Name

P O BOX 970
Address

**State the term remaining** — Evergreen

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| PERRYSBURG | OH | 43552-0970 |

Country

---

Debtor: Impact Products, LLC
Name

Case number *(if known)*: 24-11055

| | | |
|---|---|---|
| 2.54 **State what the contract or lease is for and the nature of the debtor's interest** | Manufacturer's Representative Agreement between WR Marketing and Impact Products, LLC | WR Marketing |
| | | Name |
| | | |
| | | Notice Name |
| | | 1580 NORTHWEST HIGHWAY |
| **State the term remaining** | | Address |
| | | SUITE 320 |
| **List the contract number of** | | |
| **any government contract** | | |
| | | |
| | | PARK RIDGE          IL          60068 |
| | | City          State          ZIP Code |
| | | |
| | | Country |
| 2.55 **State what the contract or lease is for and the nature of the debtor's interest** | Enterprise Plan Subscription between Zohodesk and Supply Source Enterprises, Inc. | Zohodesk |
| | | Name |
| | | |
| | | Notice Name |
| | | 979 Springdale Rd Suite 123 |
| **State the term remaining** | | Address |
| | | |
| **List the contract number of** | | |
| **any government contract** | | |
| | | |
| | | Austin          TX          78702 |
| | | City          State          ZIP Code |
| | | |
| | | Country |

**Fill in this information to identify the case:**

Debtor Name: In re : Impact Products, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 24-11055 (BLS)

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐  No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑  Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | | | Column 2: **Creditor** | |
|---|---|---|---|---|---|
| **Name** | **Mailing address** | | | **Name** | **Check all schedules that apply:** |
| 2.1  SSE Buyer, Inc. | 385 Long Hill Road<br>Street | | | TZ SSE Buyer LLC | ☑ D<br><br>☐ E/F<br><br>☐ G |
| | Guilford<br>City | CT<br>State | 06437<br>ZIP Code | | |
| | Country | | | | |
| 2.2  SSE Intermediate, Inc. | 385 Long Hill Road<br>Street | | | TZ SSE Buyer LLC | ☑ D<br><br>☐ E/F<br><br>☐ G |
| | Guilford<br>City | CT<br>State | 06437<br>ZIP Code | | |
| | Country | | | | |
| 2.3  Supply Source Enterprises, Inc | 385 Long Hill Road<br>Street | | | TZ SSE Buyer LLC | ☑ D<br><br>☐ E/F<br><br>☐ G |
| | Guilford<br>City | CT<br>State | 06437<br>ZIP Code | | |
| | Country | | | | |

Debtor: Impact Products, LLC
Name

Case number *(if known)*: 24-11055

2.4 The Safety Zone, LLC

385 Long Hill Road
Street

TZ SSE Buyer LLC

☑ D

☐ E/F

☐ G

Guilford
City

CT
State

06437
ZIP Code

Country

| Fill in this information to identify the case: |
|---|
| Debtor Name: In re : Impact Products, LLC |
| United States Bankruptcy Court for the:  District of Delaware |
| Case number (if known): 24-11055 (BLS) |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/18/2024
        MM / DD / YYYY

✖ / s / Thomas Studebaker
Signature of individual signing on behalf of debtor

Thomas Studebaker
Printed name

Chief Restructuring Officer
Position or relationship to debtor

**In re: Impact Products, LLC**
**Case No. 24-11055**
Schedule A/B 7
Deposits, including security deposits and utility deposits

| Description | Name of holder of deposit | Current value of debtor's interest |
|---|---|---|
| Deposits | | $323,461.80 |
| Retainer for services rendered | KURTZMAN CARSON CONSULTANTS | $50,000.00 |
| Retainer for services rendered | MCDERMOTT WILL & EMERY | $129,340.00 |
| Retainer for services rendered | POTTER ANDERSON & CARROON LLP | $50,219.73 |
| Retainer for services rendered | TRIPLE P RTS LLC | $21,337.22 |
| | **TOTAL:** | **$574,358.75** |

**In re: Impact Products. LLC**
**Case No. 24-11055**
Schedule A/B 8
Prepayments

| Description | Current value of debtor's interest |
|---|---|
| General Prepaid Expenses | $691,233.12 |
| Prepaid Insurance | $623,023.54 |
| Prepaid Inventory | $128,642.74 |
| Prepaid Medical Insurance | $77,996.28 |
| Prepaid Rent | $139,981.00 |
| Vendor Recievable | $14,001.12 |
| **TOTAL:** | **$1,674,877.80** |

**In re: Impact Products, LLC**
**Case No. 24-11055**
Schedule A/B 21
Finished goods, including goods held for resale

| General description | Date of the last physical inventory | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Inventory In-Transit - Core Cleaning | N/A | 1,490,763.81 | Net Book Value | 1,490,763.81 |
| Inventory In-Transit - Gloves | N/A | 4,664,505.97 | Net Book Value | 4,664,505.97 |
| Inventory In-Transit - Other | N/A | 120,390.60 | Net Book Value | 120,390.60 |
| Inventory In-Transit - Safety Items | N/A | 1,021,819.94 | Net Book Value | 1,021,819.94 |
| Merchandise Inventory On-Hand - Core Cleaning | N/A | 19,137,248.26 | Net Book Value | 19,137,248.26 |
| Merchandise Inventory On-Hand - Gloves | N/A | 20,187,601.07 | Net Book Value | 20,187,601.07 |
| Merchandise Inventory On-Hand - Other [1] | N/A | 3,007,525.59 | Net Book Value | 3,007,525.59 |
| Merchandise Inventory On-Hand - Safety Items | N/A | 12,426,715.33 | Net Book Value | 12,426,715.33 |
| | **TOTAL** | **62,056,570.58** | **TOTAL:** | **62,056,570.58** |

| | |
|---|---|
| Note: | In-transit categories are derived by vendor names and may contain items in more than one category; inventory values exclude associated landed Costs including ocean freight, domestic freight, duty, and tarriff costs |
| 1. | Merchandise Inventory On-Hand - Other captures unreconciled variance per the Company's books and records of  approximately $111k |

**In re: Impact Products, LLC**
**Case No. 24-11055**
Schedule A/B 47
Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| Model | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 5 - 2016 48' Great Dane T | $560.38 | Net Book Value | $560.38 |
| 20 - Container Chassis | $1,016.91 | Net Book Value | $1,016.91 |
| 2008 GMC 4x4 Ranger Bucke | $103.88 | Net Book Value | $103.88 |
| Truck | $293.37 | Net Book Value | $293.37 |
| 4-CHASSIS IMPROVMENTS - BRAKE WORK | $18,951.61 | Net Book Value | $18,951.61 |
| 3-CHASSIS IMPROVMENTS - BRAKE WORK | $4,545.48 | Net Book Value | $4,545.48 |
| 2008 FORD 150 | $0.00 | Net Book Value | $0.00 |
| 20' TRAILER | $1.28 | Net Book Value | $1.28 |
| Repair/Replace 40 Tires | $63,233.56 | Net Book Value | $63,233.56 |
| TOTAL: | **$88,706.47** | TOTAL: | **$88,706.47** |

**In re: Impact Products, LLC**
**Case No. 24-11055**
Schedule A/B 55
Real property

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Leasehold Improvements | | | $183,310.13 | Net Book Value | $183,310.13 |
| Warehouse / Storage Facility | 1380 Rose City Blvd, Richmond, IN , 47374 | Leased Property | Undetermined | None | Undetermined |
| Warehouse / Storage Facility | 150 4th Avenue North, Suite 1810, Nashville, Tennessee | Leased Property | Undetermined | None | Undetermined |
| Warehouse / Storage Facility | 1759 Sheridan Street, Richmond, Indiana | Leased Property | Undetermined | None | Undetermined |
| Warehouse / Storage Facility | 2840 Centennial Road, Toledo, Ohio | Leased Property | Undetermined | None | Undetermined |
| Warehouse / Storage Facility | 3500 Industries Road, Richmond, Indiana | Leased Property | Undetermined | None | Undetermined |
| Warehouse / Storage Facility | 385 Long Hill Road, Guilford, Connecticut | Leased Property | Undetermined | None | Undetermined |
| Warehouse / Storage Facility | 39 Industrial Park Road, Essex, Connecticut | Leased Property | Undetermined | None | Undetermined |
| Warehouse / Storage Facility | 4111 Malone Drive, Pasadena, TX, 77507 | Leased Property | Undetermined | None | Undetermined |
| Warehouse / Storage Facility | 4261 Crawford Avenue, Cincinnatti, OH, 45223 | Leased Property | Undetermined | None | Undetermined |
| Warehouse / Storage Facility | 43 Magnum Road, Purvis, Mississippi | Leased Property | Undetermined | None | Undetermined |
| Warehouse / Storage Facility | 4810 Woodside Drive, RICHMOND, IN, 47374 | Leased Property | Undetermined | None | Undetermined |
| Warehouse / Storage Facility | 4900 CENTENNIAL BLVD SUITE 300, Nashville, TN, 37209 | Leased Property | Undetermined | None | Undetermined |
| Warehouse / Storage Facility | 5212 Old Louisville Road, Pooler, Georgia | Leased Property | Undetermined | None | Undetermined |
| Warehouse / Storage Facility | 6250 Capallero Blvd, Buena Park, California, 43617 | Leased Property | Undetermined | None | Undetermined |
| Warehouse / Storage Facility | 7-9 Heritage Park, Clinton, Connecticut | Leased Property | Undetermined | None | Undetermined |
| | | TOTAL: | $183,310.13 | TOTAL: | $183,310.13 |

**In re: Impact Products, LLC**
**Case No. 24-11055**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Granted Patents - 10493177 | Undetermined | | Undetermined |
| Granted Patents - 152901 | Undetermined | | Undetermined |
| Granted Patents - 184832 | Undetermined | | Undetermined |
| Granted Patents - 32768 | Undetermined | | Undetermined |
| Granted Patents - 32884 | Undetermined | | Undetermined |
| Granted Patents - 33725 | Undetermined | | Undetermined |
| Granted Patents - 64740 | Undetermined | | Undetermined |
| Granted Patents - 7290651 | Undetermined | | Undetermined |
| Granted Patents - 9278152 | Undetermined | | Undetermined |
| Granted Patents - 9422697 | Undetermined | | Undetermined |
| Granted Patents - 9863131 | Undetermined | | Undetermined |
| Granted Patents - 9895463 | Undetermined | | Undetermined |
| Granted Patents - 996770 | Undetermined | | Undetermined |
| Granted Patents - D625540 | Undetermined | | Undetermined |
| Granted Patents - D630714 | Undetermined | | Undetermined |
| Granted Patents - D636959 | Undetermined | | Undetermined |
| Granted Patents - D692654 | Undetermined | | Undetermined |
| Granted Patents - D742609 | Undetermined | | Undetermined |
| Granted Patents - D875896 | Undetermined | | Undetermined |
| Pending Patent Applications - 18/308947 | Undetermined | | Undetermined |
| Pending Patent Applications - 18/457604 | Undetermined | | Undetermined |
| Pending Patent Applications - 29/864570 | Undetermined | | Undetermined |
| Pending Patent Applications - 29/864583 | Undetermined | | Undetermined |
| Pending Patent Applications - 29/866767 | Undetermined | | Undetermined |
| Pending Patent Applications - 996770 | Undetermined | | Undetermined |
| Pending Trademark - 2145506 | Undetermined | | Undetermined |
| Pending Trademark - 2642327 | Undetermined | | Undetermined |
| Pending Trademark - 90/850755 | Undetermined | | Undetermined |
| Pending Trademark - 97/421254 | Undetermined | | Undetermined |
| Pending Trademark - 98439070 | Undetermined | | Undetermined |

**In re: Impact Products, LLC**
**Case No. 24-11055**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark - 1117719 | Undetermined | | Undetermined |
| Registered Trademark - 1351839 | Undetermined | | Undetermined |
| Registered Trademark - 13824592 | Undetermined | | Undetermined |
| Registered Trademark - 13824593 | Undetermined | | Undetermined |
| Registered Trademark - 13824594 | Undetermined | | Undetermined |
| Registered Trademark - 13824595 | Undetermined | | Undetermined |
| Registered Trademark - 13824596 | Undetermined | | Undetermined |
| Registered Trademark - 13824597 | Undetermined | | Undetermined |
| Registered Trademark - 13824598 | Undetermined | | Undetermined |
| Registered Trademark - 13824599 | Undetermined | | Undetermined |
| Registered Trademark - 13824600 | Undetermined | | Undetermined |
| Registered Trademark - 13824601 | Undetermined | | Undetermined |
| Registered Trademark - 13824602 | Undetermined | | Undetermined |
| Registered Trademark - 13824603 | Undetermined | | Undetermined |
| Registered Trademark - 13824604 | Undetermined | | Undetermined |
| Registered Trademark - 13824605 | Undetermined | | Undetermined |
| Registered Trademark - 1523778 | Undetermined | | Undetermined |
| Registered Trademark - 1543324 | Undetermined | | Undetermined |
| Registered Trademark - 1615525 | Undetermined | | Undetermined |
| Registered Trademark - 1628572 | Undetermined | | Undetermined |
| Registered Trademark - 19405785 | Undetermined | | Undetermined |
| Registered Trademark - 19405786 | Undetermined | | Undetermined |
| Registered Trademark - 19405787 | Undetermined | | Undetermined |
| Registered Trademark - 19405788 | Undetermined | | Undetermined |
| Registered Trademark - 19405789 | Undetermined | | Undetermined |
| Registered Trademark - 19405790 | Undetermined | | Undetermined |
| Registered Trademark - 19405791 | Undetermined | | Undetermined |
| Registered Trademark - 19405793 | Undetermined | | Undetermined |
| Registered Trademark - 19405794 | Undetermined | | Undetermined |
| Registered Trademark - 19405795 | Undetermined | | Undetermined |

**In re: Impact Products, LLC**
**Case No. 24-11055**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark - 19405796 | Undetermined | | Undetermined |
| Registered Trademark - 19405797 | Undetermined | | Undetermined |
| Registered Trademark - 19405798 | Undetermined | | Undetermined |
| Registered Trademark - 19405848 | Undetermined | | Undetermined |
| Registered Trademark - 19408669 | Undetermined | | Undetermined |
| Registered Trademark - 1981851 | Undetermined | | Undetermined |
| Registered Trademark - 2199725 | Undetermined | | Undetermined |
| Registered Trademark - 2230766 | Undetermined | | Undetermined |
| Registered Trademark - 2336664 | Undetermined | | Undetermined |
| Registered Trademark - 2351809 | Undetermined | | Undetermined |
| Registered Trademark - 2351812 | Undetermined | | Undetermined |
| Registered Trademark - 2411450 | Undetermined | | Undetermined |
| Registered Trademark - 2504412 | Undetermined | | Undetermined |
| Registered Trademark - 2604456 | Undetermined | | Undetermined |
| Registered Trademark - 2795941 | Undetermined | | Undetermined |
| Registered Trademark - 2979540 | Undetermined | | Undetermined |
| Registered Trademark - 3058362 | Undetermined | | Undetermined |
| Registered Trademark - 3067864 | Undetermined | | Undetermined |
| Registered Trademark - 3115712 | Undetermined | | Undetermined |
| Registered Trademark - 3145504 | Undetermined | | Undetermined |
| Registered Trademark - 3149822 | Undetermined | | Undetermined |
| Registered Trademark - 3191190 | Undetermined | | Undetermined |
| Registered Trademark - 3198101 | Undetermined | | Undetermined |
| Registered Trademark - 3242498 | Undetermined | | Undetermined |
| Registered Trademark - 3249672 | Undetermined | | Undetermined |
| Registered Trademark - 3475500 | Undetermined | | Undetermined |
| Registered Trademark - 4166765 | Undetermined | | Undetermined |
| Registered Trademark - 4526384 | Undetermined | | Undetermined |
| Registered Trademark - 4584105 | Undetermined | | Undetermined |
| Registered Trademark - 4584106 | Undetermined | | Undetermined |

**In re: Impact Products, LLC**
**Case No. 24-11055**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Registered Trademark - 4624091 | Undetermined | | Undetermined |
| Registered Trademark - 4831684 | Undetermined | | Undetermined |
| Registered Trademark - 4831686 | Undetermined | | Undetermined |
| Registered Trademark - 5056000 | Undetermined | | Undetermined |
| Registered Trademark - 5056001 | Undetermined | | Undetermined |
| Registered Trademark - 5142350 | Undetermined | | Undetermined |
| Registered Trademark - 5204009 | Undetermined | | Undetermined |
| Registered Trademark - 5208345 | Undetermined | | Undetermined |
| Registered Trademark - 5489338 | Undetermined | | Undetermined |
| Registered Trademark - 5509692 | Undetermined | | Undetermined |
| Registered Trademark - 5654550 | Undetermined | | Undetermined |
| Registered Trademark - 5779882 | Undetermined | | Undetermined |
| Registered Trademark - 588647 | Undetermined | | Undetermined |
| Registered Trademark - 595077 | Undetermined | | Undetermined |
| Registered Trademark - 7142828 | Undetermined | | Undetermined |
| Registered Trademark - 765046 | Undetermined | | Undetermined |
| Registered Trademark - 784728 | Undetermined | | Undetermined |
| Registered Trademark - TMA143949 | Undetermined | | Undetermined |
| Registered Trademark - TMA195846 | Undetermined | | Undetermined |
| Registered Trademark - TMA463245 | Undetermined | | Undetermined |
| Registered Trademark - TMA654836 | Undetermined | | Undetermined |
| Registered Trademark - TMA682901 | Undetermined | | Undetermined |
| Registered Trademark - TMA738453 | Undetermined | | Undetermined |
| Registered Trademark - TMA765137 | Undetermined | | Undetermined |
| Registered Trademark - TMA915467 | Undetermined | | Undetermined |
| Registered Trademark - UK00900784728 | Undetermined | | Undetermined |
| **TOTAL:** | **Undetermined** | **TOTAL:** | **Undetermined** |

**In re: Impact Products, LLC**
**Case No. 24-11055**
Schedule A/B 61
Internet domain names and websites

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ethicspointsse.com/ | $0.00 | | Undetermined |
| impact-products.com | $0.00 | | Undetermined |
| maltindustrie.com | $0.00 | | Undetermined |
| maltindustries.com | $0.00 | | Undetermined |
| safetyzone.com | $0.00 | | Undetermined |
| safety-zone.com | $0.00 | | Undetermined |
| supplysourcecareers.com/ | $0.00 | | Undetermined |
| supplysourceglobal.com | $0.00 | | Undetermined |
| supplysourcejobs.com/ | $0.00 | | Undetermined |
| TOTAL: | $0.00 | TOTAL: | Undetermined |

**In re: Impact Products, LLC**
**Case No. 24-11055**
Schedule A/B 73
Interests in insurance policies or annuities

| Company | Account number / Policy number | Current value of debtor's interest |
|---|---|---|
| Alliant Insurance Services Inc. | G71815973004 | Undetermined |
| Alliant Insurance Services Inc. | PCX1000171-03 | Undetermined |
| Alliant Insurance Services Inc. | 10 MM 0353431-23 | Undetermined |
| AON | 06-681-84-86 | Undetermined |
| Arch Insurance Company | CAPP F052781 00 00 | Undetermined |
| Arch Insurance Company | 6081118041 | Undetermined |
| Continental Casualty Company | 6081118041 | Undetermined |
| Continental Casualty Company | BUA 6081118055 | Undetermined |
| Endurance American Insurance Company | 6081118086 | Undetermined |
| First Insurance Funding | EXC30001818803 | Undetermined |
| Great American Insurance Company | OC 261061 | Undetermined |
| National Union Fire Insurance Company of Pittsburgh, PA | OC 261061 | Undetermined |
| Sirius International Insurance Corporation | EQP-002006-03 | Undetermined |
| The Continental Insurance Company | PST734855343 | Undetermined |
| The Continental Insurance Company | 6500334029 | Undetermined |
| The Continental Insurance Company | 6500334033 | Undetermined |
| The Continental Insurance Company | W353C8230101 | Undetermined |
| Twin City Fire Insurance Co. | 51935179 | Undetermined |
| Twin City Fire Insurance Co. | PLLP*0001739-0 | Undetermined |
| Underwriters at Lloyd's, London, Kiln (KLN510) / Underwriters at Lloyd's, London, TMK (TMK1880) | G71815948 001 | Undetermined |
| Westchester Fire Ins. Co. | G71815973004 | Undetermined |
| Westchester Surplus Lines Insurance Company | PCX1000171-03 | Undetermined |
| Westchester Surplus Lines Insurance Company | 10 MM 0353431-23 | Undetermined |
| | | **Undetermined** |