# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Supply Source Enterprises, Inc., *et al.*,[1] | Case No. 24-11054 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 243** |

### CERTIFICATE OF NO OBJECTION REGARDING DEBTORS' FIRST OMNIBUS MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AS OF THE CLOSING DATE AND (II) GRANTING RELATED RELIEF

The undersigned hereby certifies that on July 19, 2024, the above-captioned debtors and debtors in possession (the "Debtors"), filed the *Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases as of the Closing Date and (II) Granting Related Relief* [Docket No. 243] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached to the Motion as Exhibit A was a proposed form of order approving the relief requested in the Motion (the "Proposed Order"). Any objection or response to the relief requested in the Motion was to be filed and served so as to be received by no later than August 2, 2024 at 4:00 p.m. (ET) (the "Objection Deadline").

The undersigned further certifies that as of the Objection Deadline, no answer, objection, or other responsive pleading to the Motion was received by the Debtors or has appeared on the Court's docket in these cases.

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: Supply Source Enterprises, Inc. (0842); SSE Intermediate, Inc. (1772); SSE Buyer, Inc. (5901); Impact Products, LLC (7450); and The Safety Zone, LLC (4597). The Debtors' headquarters are located at 385 Long Hill Road, Guilford, Connecticut 06437.

**WHEREFORE**, the Debtors respectfully request that the Proposed Order be entered at the earliest convenience of the Court.

Dated: August 5, 2024
       Wilmington, Delaware

Respectfully submitted,

*/s/ Katelin A. Morales*
M. Blake Cleary (No. 3614)
R. Stephen McNeill (No. 5210)
Katelin A. Morales (No. 6683)
Levi Akkerman (No. 7015)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email: bcleary@potteranderson.com
       rmcneill@potteranderson.com
       kmorales@potteranderson.com
       lakkerman@potteranderson.com

-and-

Felicia Gerber Perlman (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
Carole M. Wurzelbacher (admitted *pro hac vice*)
**McDERMOTT WILL & EMERY LLP**
444 West Lake Street
Chicago, IL 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email:  fperlman@mwe.com
      bgiordano@mwe.com
      cwurzelbacher@mwe.com

*Counsel to the Debtors and Debtors in Possession*